IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY HITT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CSX TRANSPORTATION, INC.,** )<br>)<br>Defendant. ) | Case No. 2:21-cv-01720 |

**DEFENDANT CSX TRANSPORTATION, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil Procedure 7.1, Defendant CSX Transportation, Inc. ("CSXT"), by its undersigned counsel, certifies that:

1. CSXT is a wholly-owned subsidiary of CSX Corporation, a publicly traded corporation.

2. No corporation, unincorporated association, partnership, or other business entity not a party to this case has a financial interest in the outcome of this litigation.

Dated: February 28, 2022

/s/ Morris Wade Richardson
Morris Wade Richardson (ASB-8581-S78M)
RichardsonClement P.C.
22 Inverness Center Parkway, Suite 500
Birmingham, AL 35242
Telephone: (205) 729-7000
Facsimile: (205) 905-7009
E-mail: wade@richardson.law

Thomas R. Chiavetta
(*admitted pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, DC 20001
Telephone: (202) 879-3975
Facsimile: (202) 626-1700
E-mail: tchiavetta@jonesday.com
*Attorneys for Defendant, CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

F. Tucker Burge, Sr.
F. Tucker Burge, Jr.
Burge & Burge, P.C.
Renasant Place
2001 Park Place #1350
Birmingham, AL 35203
E-mail: tucker@burge-law.com
ftbjr@burge-law.com

*Attorneys for Plaintiff*

/s/ Morris Wade Richardson
*One of the Attorneys for Defendant*
*CSX Transportation, Inc.*