FILED

2023 Feb-27  PM 06:42
U.S. DISTRICT COURT
N.D. OF ALABAMA



# EXHIBIT A

# DISCIPLINARY HEARING TRANSCRIPT

# WITH EXHIBITS

# 01/30/2019

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

1    *(Beginning of File# 328474)*
2
3    Adkins:              My name is Gary Adkins, I hold the position of Senior
4                         Trainmaster.  We are located in the Conference Room at 2800
5                         Seaboard Coast Road.  I will be the Conducting Officer in
6                         connection with letter dated January 23rd, 2019.  Today is the 30th
7                         day of January, the time is 13:13.  We are on record.
8
9                         I am charged with conducting a fair and impartial Investigation to
10                        develop the relevant facts with respect to the incident under
11                        investigation.  In order to do that, the following rules of procedure
12                        will be observed and enforced.
13
14                        •  Everyone present will conduct themselves in a civil manner
15                           and show respect for those who are testifying.
16
17                        •  Swearing, abusive behavior, outbursts, or repeated
18                           interruptions will not be tolerated.
19
20                        •  Please address everyone by their last name only, using the
21                           appropriate title of Mr., Miss, or Mrs.
22
23                        •  This Investigation is being recorded, and the transcript of that
24                           recording will be the official record of transcript.
25
26                        •  Speak distinctly and deliberately in order for your testimony or
27                           remarks to be properly recorded.
28
29                        •  The Organization's Representatives also may unofficially
30                           record this Investigation, provided the recording is made
31                           available to the Company in the event of a malfunction of its
32                           recording equipment.
33
34                        At this time if you are recording this Investigation, please identify
35                        yourself by full name.
36
37                        •  Objections raised during this Investigation will be addressed,
38                           where warranted, ruled on.  All objections will be made a
39                           matter of record.
40
41                        •  All witnesses will be sequestered in accordance with my
42                           instructions.
43
44                        •  Recesses will be granted when requested but only before or
45                           after a witness has testified.  Except in an unusual

- 1 -

HITT, J. S., 209967                 AUTHENTICATED                 328474-1-0130.19
Investigation

1    circumstance, recesses will not be granted during a witness's
2    testimony.
3
4    • Repeated interruptions of testimony will not be allowed.
5
6    • The Principal and the Representative will be afforded the
7      opportunity to present witnesses, cross-examine Company
8      witnesses, and introduce into the record information or exhibits
9      pertinent to the matter being investigated.
10
11   • The Principal and the Representatives will be given time to
12     make a closing statement following the testimony of all
13     witnesses who have been notified to appear.  Closing
14     statements should be confined to the matter being investigated,
15     based on the evidence presented and testimony given during
16     this Investigation.
17
18   The purpose of this Investigation is to determine the testimony and
19   develop the relevant facts in connection with the following Notice.
20
21   *USPS 9468110200883016181911*
22
23   Dated:
24
25   *January 23, 2019*
26
27   Addressed to:
28
29   *J. S. Hitt*
30   *Remote-Control Foreman ID# 209967*
31   *70 Field Stone Lane*
32   *Springville, Alabama 35146*
33
34   *File# 328474*
35
36   Mr. *Hitt,*
37
38   *Arrange to attend a formal Investigation to be held in the*
39   *Conference Room at 2800 Seaboard Road, Birmingham, Alabama,*
40   *commencing at 13:00 hours (CSX Time) on January 30, 2018.*
41
42   *The purpose of this Investigation is to develop the facts and place*
43   *your responsibility, if any, in connection with information received*
44   *that on January 21, 2019, at approximately 19:20 hours, while*
45   *working Y29321 at or near Boyles, Alabama, Terminal, you failed*

HITT, J. S., 209967                     AUTHENTICATED                     328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | *to follow safe train-handling procedures by placing your train in* |
| 2 | | *emergency when approaching a banner, and all circumstances* |
| 3 | | *relating thereto.* |
| 4 | | |
| 5 | | This will be entered as Exhibit #1. |
| 6 | | |
| 7 | | Alright, at this time I'm going to ask that everyone present in this |
| 8 | | Investigation identify themselves by name, title, and role. So let's |
| 9 | | start on the left. |
| 10 | | |
| 11 | Smith: | Nick Smith, ID# 573440, Trainmaster, Birmingham Mineral. |
| 12 | | Purpose for attending this Investigation is the Company Witness. |
| 13 | | |
| 14 | Hitt: | Jeremy Hitt, Employee #209967, Conductor, the purpose of me |
| 15 | | being here is Employee Charged. |
| 16 | | |
| 17 | Head: | Ronnie Head, 224549, Mr. Hitt's representation. |
| 18 | | |
| 19 | Adkins: | Mr. Head, did you receive a Notice to attend this Investigation |
| 20 | | dated January 23rd, 2019, and also identified as Exhibit #1? |
| 21 | | |
| 22 | Hitt: | Did you say Hitt or Head? I'm sorry. |
| 23 | | |
| 24 | Adkins: | Hitt. Hitt, excuse me. I may have said that wrong. Mr. Hitt, did |
| 25 | | you receive … |
| 26 | | |
| 27 | Hitt: | I may've misheard you, but yes, I did receive that. |
| 28 | | |
| 29 | Adkins: | Okay. Mr. Hitt, have you selected someone to represent you? |
| 30 | | |
| 31 | Hitt: | Yes, sir. |
| 32 | | |
| 33 | Adkins: | Would you please identify your Representative by name, title, and |
| 34 | | labor organization? |
| 35 | | |
| 36 | Hitt: | Ronnie Head, Local Chairman, UTU. |
| 37 | | |
| 38 | Adkins: | Mr. Head, do you represent Mr. Hitt? |
| 39 | | |
| 40 | Head: | Yes, sir, I do. |
| 41 | | |
| 42 | Adkins: | Mr. Head, did you receive a copy of the Notice of Investigation |
| 43 | | dated January 23rd? |
| 44 | | |
| 45 | Head: | Yes, sir, I have. |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| 1 | | |
|---|---|---|
| 2 | Adkins: | Mr. Hitt, are you prepared to proceed with this Investigation? |
| 3 | | |
| 4 | Hitt: | Yes, sir. |
| 5 | | |
| 6 | Adkins: | Mr. Head, are you prepared to proceed with this Investigation? |
| 7 | | |
| 8 | Head: | Yes, sir. |
| 9 | | |
| 10 | Adkins: | Alright, at this time I'll call the 1st witness, which is Nick Smith. |
| 11 | | We do not have any other witnesses, so that being said, Mr. Smith, |
| 12 | | would you please state your purpose for being at today's |
| 13 | | Investigation? |
| 14 | | |
| 15 | Smith: | Once again, my name is Nick Smith, I'm the Company Witness, |
| 16 | | the Charging Officer in this Investigation.  On the day of January |
| 17 | | 21st, 2019, was out doing some testing throughout the day.  Did |
| 18 | | some testing over on the Birmingham Mineral earlier that day on |
| 19 | | my side, tested a few crews, did some switch card tests, did, |
| 20 | | checked the bulletins and so forth.  The plan was to come back |
| 21 | | over to Birmingham after doing some testing over there to do some |
| 22 | | more testing in Boyles Terminal.  Roughly around 18, 19:00, had |
| 23 | | spoke to the yardmaster about finding out the movement that was |
| 24 | | going on in the yard, was wanting to set up a banner test, and he |
| 25 | | had told me that he had a Q514 that was leaving out of 6 west, said |
| 26 | | that he had a Y29321 that was going to be pulling out of 6 west, |
| 27 | | and I thought that was a good opportunity for me to put a banner |
| 28 | | up in 6 west to simulate the end of a train in 6 west.  And so I |
| 29 | | climbed over, and I put up the banner in 6 west, waiting for the |
| 30 | | arrival of Y29321 to pull into the track there.  Upon pulling into |
| 31 | | the track there, I'd see the lights come around the curve there on |
| 32 | | the locomotive, I seen it up against the railcars, I believe it was in 4 |
| 33 | | west.  5 west was clear, there was cars in 7 and 8 west.  So as they |
| 34 | | were pulling around, or he, the engine was pulling around the |
| 35 | | curve there, I seen the lights get closer, I seen the locomotive pull |
| 36 | | up.  I heard the train line dump its air, and the train eventually |
| 37 | | stopped prior to the banner, about a car length from the banner, and |
| 38 | | at that point I walked up to the locomotive to speak to the |
| 39 | | locomotive operator. |
| 40 | | |
| 41 | | Upon that time when I walked over to the locomotive, Mr. Hitt had |
| 42 | | walked out of the locomotive or was standing there on the stairs of |
| 43 | | the locomotive, and I had a brief conversation with him about |
| 44 | | stopping his train for the banner, told him he did a good job with |
| 45 | | not hitting the banner for stopping for the banner, but I said, but |

HITT, J. S., 209967                AUTHENTICATED                328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | unfortunately, I asked him, I said, did you put your train in |
| 2 | | emergency? He said yeah, he had to to stop the train. And at that |
| 3 | | point that's when I told him, good job for stopping without hitting |
| 4 | | the banner, but unfortunately, he'd put his train into emergency, |
| 5 | | and we can't do that. Told Mr. Hitt that I would remove the |
| 6 | | banner, once I removed the banner, he could proceed on his way to |
| 7 | | the north end of the west yard there, 6 west, and once I removed |
| 8 | | the banner, put it in the car, told the yardmaster once Mr. Hitt had |
| 9 | | got to the north end that I needed to go up there and talk to him. |
| 10 | | The yardmaster had informed Mr. Hitt to put his engines in the, I |
| 11 | | believe in the office pocket on the north end of the yard, and at that |
| 12 | | point that's when I communicated what had happened with Mr. |
| 13 | | Hitt, talked to him about it. I had the rule book with me, went over |
| 14 | | Rule 300.4. We had briefly talked about 300.4 and went over that |
| 15 | | rule. I had told Mr. Hitt that unfortunately with him putting his |
| 16 | | train into emergency, he failed 300.4. There was 1 part of the rule |
| 17 | | that he did comply with, which was keeping his train at or under 10 |
| 18 | | mile an hour in other than main track. But I had told him that, you |
| 19 | | know, we were going to have to put in an assessment for him |
| 20 | | putting his train in emergency coming up to the banner to stop for |
| 21 | | the banner. |
| 22 | | |
| 23 | Adkins: | Alright, let me back up and ask a few questions right quick. Mr. |
| 24 | | Smith, what were your job duties and responsibilities in reference |
| 25 | | to the Letter of Investigation dated January 23rd, 2019? |
| 26 | | |
| 27 | Smith: | So my primary job duties for my job is to ensure a safe and |
| 28 | | efficient railroad operation, to do monthly compliance tests, also |
| 29 | | known as E-test or O-test, on employees. Part of that's federally |
| 30 | | mandated, we got to do so many per month per the FRA. And I |
| 31 | | was just out performing the monthly requirements that day |
| 32 | | whenever we were out testing. I was out just ensuring rule |
| 33 | | compliance with my employees and the employees that work |
| 34 | | around the Birmingham area. Something that, you know, I do |
| 35 | | monthly. |
| 36 | | |
| 37 | Adkins: | Alright, so you were a trainmaster on duty? Where's your normal |
| 38 | | headquarters? |
| 39 | | |
| 40 | Smith: | My normal location is Birmingham Mineral, which is in Bessemer, |
| 41 | | Alabama. I do work in Boyles sometimes from time to time, and |
| 42 | | that particular day I was not covering the terminal, I was out doing |
| 43 | | some compliance efficiency tests in the terminal. But yes, I was on |
| 44 | | duty. |
| 45 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Adkins: | But you are a trainmaster? |
| 2 | | |
| 3 | Smith: | Yes, sir. |
| 4 | | |
| 5 | Adkins: | How long have you been with the Company? |
| 6 | | |
| 7 | Smith: | I hired out in 2004, been with the Company roughly 15 years. |
| 8 | | |
| 9 | Adkins: | What prior positions have you held with the Company? |
| 10 | | |
| 11 | Smith: | When I first hired out, I hired out as a conductor, went to engineer |
| 12 | | school around '06, '07, I believe it was '06 timeframe.  Became a |
| 13 | | trainmaster around late '07.  I had worked in line-of-road |
| 14 | | trainmaster between Cincinnati and Indianapolis, I'd worked |
| 15 | | terminal trainmaster in Cincinnati, I'd worked terminal trainmaster |
| 16 | | in Detroit.  I had went into customer operations job, which is a |
| 17 | | Jacksonville-based job that dealt with measurements and |
| 18 | | compliance with measurements.  And then in 2016 came back to |
| 19 | | the field and have been in my current position as Trainmaster at |
| 20 | | Birmingham Mineral since March 1st of 2016. |
| 21 | | |
| 22 | Adkins: | Mr. Smith, what position was Mr. Hitt working in reference to the |
| 23 | | Letter of Investigation? |
| 24 | | |
| 25 | Smith: | Mr. Hitt was working the Y29321 foreman.  It's a 1-man puller |
| 26 | | job.  Their primary functions are to pull cuts of cars, you know, |
| 27 | | from one point in the yard to the other, whether it's pulling a cut |
| 28 | | of cars down to get switched or pulling an outbound cut down to get a |
| 29 | | train ready to depart. |
| 30 | | |
| 31 | Adkins: | Where was that job working at? |
| 32 | | |
| 33 | Smith: | It was working Boyles Terminal. |
| 34 | | |
| 35 | Adkins: | And you were performing the O-test? |
| 36 | | |
| 37 | Smith: | Yes, sir. |
| 38 | | |
| 39 | Adkins: | And when you were performing the O-test, what did you observe? |
| 40 | | Or I'll tell you what, just describe, describe the setup of the O-test |
| 41 | | and what actually took place once the test was in motion. |
| 42 | | |
| 43 | Smith: | Excuse me.  Once again, I'd set the banner up in 6 west.  There |
| 44 | | was cars in 7 and 8 west.  I'd communicated with the yardmaster |
| 45 | | prior to setting the banner up to find out where we were going to |

HITT, J. S., 209967             AUTHENTICATED             328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | be having traffic moving, and he said once 514 leaves out of 6 west |
| 2 | | that 293 was going to pull into 6 west, and I then informed the |
| 3 | | yardmaster that I was going to put a banner up in 6 west, and I'd |
| 4 | | set the banner up roughly around the middle of the track in 6 west. |
| 5 | | Maybe more so towards the south end of 6 west, maybe not so |
| 6 | | much in the middle, but between the middle and maybe a third of |
| 7 | | the way into the track. |
| 8 | | |
| 9 | Adkins: | The middle toward the south end? |
| 10 | | |
| 11 | Smith: | Yeah. |
| 12 | | |
| 13 | Adkins: | Okay. |
| 14 | | |
| 15 | Smith: | Yeah.  I'd set the banner up, had sat there and waited, was listening |
| 16 | | to the radio, listening to some movements that were made.  I |
| 17 | | believe the 293 job had made a move in the south yard and was |
| 18 | | getting ready to pull into the west yard.  After they pulled into the |
| 19 | | west yard, I had noticed some headlights coming down, I'd seen |
| 20 | | them shining off the cars that were in 4 west. |
| 21 | | |
| 22 | | And as the headlights were getting closer to where, the location in |
| 23 | | which I was at and where the banner was, I could finally see the |
| 24 | | head end of the locomotive coming around the curve there, and |
| 25 | | maybe a few seconds after I seen the locomotive I heard the noise |
| 26 | | of air exhausting, and it was a rapid exhaust.  And upon walking |
| 27 | | up and talking to the foreman on the 291, which happened to be |
| 28 | | Mr. Hitt, at that point I asked him if he'd put his train into |
| 29 | | emergency, he said yes. |
| 30 | | |
| 31 | Adkins: | Okay, thank you.  So what were the lighting conditions outside? |
| 32 | | Was it dark, dusk, daylight, dawn? |
| 33 | | |
| 34 | Smith: | It was dark.  Sun had just went down, and it was dark. |
| 35 | | |
| 36 | Adkins: | Alright, the time is 13:30, I'm going to pause for a quick recess for |
| 37 | | myself.  I'll be right back. |
| 38 | | |
| 39 | | Alright, the time is 13:33, we're back on record.  Alright, so Mr. |
| 40 | | Smith, it was dark, and banner test is set up south end, toward the |
| 41 | | middle somewhere around there, 6 west? |
| 42 | | |
| 43 | Smith: | Yes, sir. |
| 44 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Adkins: | What was the lighting conditions as far as artificial light?  Were |
| 2 | | there any lampposts or overhead lights or anything like that? |
| 3 | | |
| 4 | Smith: | There's some down there.  There wasn't a whole lot of lighting |
| 5 | | down there around 6 west.  You can't really, there wasn't much. |
| 6 | | Most of the lighting is outside the, or where I was, it was in the |
| 7 | | middle of the west yard, most of the lighting is outside the yard |
| 8 | | there. |
| 9 | | |
| 10 | Adkins: | So then the majority of the lighting's going to come from the |
| 11 | | headlights on the RCO locomotive? |
| 12 | | |
| 13 | Smith: | Yeah. |
| 14 | | |
| 15 | Adkins: | Was there lights burning on the RCO locomotive? |
| 16 | | |
| 17 | Smith: | Yes, sir. |
| 18 | | |
| 19 | Adkins: | Was it headlights, ditch lights, or … |
| 20 | | |
| 21 | Smith: | From what I recall, all the lights were on. |
| 22 | | |
| 23 | Adkins: | Okay.  And you did observe Mr. Hitt stop, he did not run over the |
| 24 | | banner, but in your opinion he didn't stop properly? |
| 25 | | |
| 26 | Smith: | That is correct, yeah.  He had pulled up there and had put the train |
| 27 | | in emergency, which we're not supposed to be doing when |
| 28 | | stopping for a banner.  Or any kind of obstruction. |
| 29 | | |
| 30 | Adkins: | Was he running engine-light, or did he have cars? |
| 31 | | |
| 32 | Smith: | He had cars. |
| 33 | | |
| 34 | Adkins: | Did he have any air on any of the cars? |
| 35 | | |
| 36 | Smith: | No. |
| 37 | | |
| 38 | Adkins: | So then his only form of braking was then on the locomotive? |
| 39 | | |
| 40 | Smith: | Yes. |
| 41 | | |
| 42 | Adkins: | Do you have any evidence to submit? |
| 43 | | |
| 44 | Smith: | I do. |
| 45 | | |

| | | |
|---|---|---|
| 1 | Adkins: | Please present your evidence and describe it to us as you present it. |
| 2 | | Got one for the record? |
| 3 | | |
| 4 | Smith: | Yes.  This is the one I'm going to present for the record.  The 1st |
| 5 | | page I'd like to enter is the Employee Operating Manual effective |
| 6 | | 2017.  It's got a CSXT 3052 locomotive on the front of it.  The 2nd |
| 7 | | page says *Operating Rules, CSX, How Tomorrow Moves*.  The 3rd |
| 8 | | page says *Notice, These rules are effective April 1st, 2017*.  The 4th |
| 9 | | page says *Chapter 3 – Movement of Trains*.  If you go down |
| 10 | | towards the bottom, 300.4: |

*Trains using other than main or signaled tracks must move at a speed that permits stopping within one-half the range of vision, short of a train, a car, on-track equipment, an obstruction, a stop signal, a derail, or an improperly lined switch, and must not exceed:*

   *a.  25 miles per hour on non-signaled sidings; or*

   *b.  15 miles per hour when moving to and from main track, operating through hand-operated switches not equipped with a signal; or*

   *c.  10 miles per hour when not moving to or from main track, operating through hand-operated switches; or*

   *d.  10 miles per hour on other than main track or signaled tracks; or*

   *e.  5 miles per hour within designated locomotive service track or car shop repair track areas.*

300.4, the body of the paragraph here,

*Trains using other than main or signaled tracks must move at a speed that permits stopping within one-half the range of vision, short of a car,* or I mean *a train, a car, on-track equipment, an obstruction, a stop signal, a derail, or an improperly lined switch, and must not exceed:*

Is the rule which Mr. Hitt was charged with.  (a), (b), (c), (d), and (e) does not apply.  Page 5, Air Brake …

| | | |
|---|---|---|
| 44 | Adkins: | Hold on, Mr. Smith.  You said (a), (b), (c), and (e) does not apply? |
| 45 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| 1 | Smith: | Yes, they, the only thing that would apply there is (d), 10 miles per |
| 2 | | hour on other than main track or signaled tracks, and Mr. Hitt was |
| 3 | | not traveling faster than 10 mile per hour, so this body, this part of |
| 4 | | the rule does not apply. |
| 5 | | |
| 6 | Adkins: | Please proceed. |
| 7 | | |
| 8 | Smith: | Page 5, *Air Brake Train Handling*, Page 6, *Chapter 9 –* |
| 9 | | *Fundamentals of Trainhandling*, says 5501 – *General Train* |
| 10 | | *Handling Requirements*: |
| 11 | | |
| 12 | | *5501.1  Train handling requires proper planning and use of the* |
| 13 | | *safest and most efficient train-handling procedures, locomotive* |
| 14 | | *operators must not make rapid or severe slack changes.* |
| 15 | | |
| 16 | | That's the 1st thing I'd like to enter there.  I have other material, if |
| 17 | | it's okay to talk about that. |
| 18 | | |
| 19 | Adkins: | Well, let's hold on at this time.  Alright, so we got the Employee |
| 20 | | Operating Manual, that'll be Exhibit #2.  And in Exhibit #2, we |
| 21 | | point out Page 3-1, 300.4, the opening paragraph, and then Item |
| 22 | | *(d), 10 mile per hour on other than main tracks or signal tracks.* |
| 23 | | And then you went to the Air Brake and Train Handling? |
| 24 | | |
| 25 | Smith: | Yes, sir. |
| 26 | | |
| 27 | Adkins: | Okay.  What, where at on the Air Brake and Train Handling? |
| 28 | | |
| 29 | Smith: | Rule 5501.1. |
| 30 | | |
| 31 | Adkins: | 5501.1, alright.  Alright.  And you have already described 5501.1. |
| 32 | | Alright.  What else did you describe besides 5501.1? |
| 33 | | |
| 34 | Smith: | Per rules, the only rules that I've entered is 300.4 and Rule 5501.1. |
| 35 | | |
| 36 | Adkins: | Okay.  So need a stapler.  Alright.  So the Employee Operating |
| 37 | | Manual, including 30, 300.4, that will be Exhibit #2.  Exhibit #3 |
| 38 | | will be Air Brake and Train Handling, highlighting 5501.1. |
| 39 | | Alright, do you have any other evidence to submit other than |
| 40 | | Exhibits 2 and 3? |
| 41 | | |
| 42 | Smith: | I do. |
| 43 | | |
| 44 | Adkins: | Okay, please proceed. |
| 45 | | |

| | | |
|---|---|---|
| 1 | Smith: | I've got 3 pages.  They're pictures, still pictures. |
| 2 | | |
| 3 | Adkins: | Okay. |
| 4 | | |
| 5 | Smith: | From the LDVR off the CSXT 2036.  The 2036 is the engine in |
| 6 | | which the Y29321 Foreman Mr. Hitt was operating on that day.  If |
| 7 | | you look at the 1st pictures, it's hard to see here, I've got a black- |
| 8 | | and-white copy too, it's a little bit easier to see, if I need to present |
| 9 | | that.  I figured I would present the color copy as which this is how |
| 10 | | the LDVR shows.  But about middle ways of the page, you can see |
| 11 | | 2 tracks there on the page, you can see how they curve off to the |
| 12 | | right.  The track to the furthest on the right, you can see a, like a |
| 13 | | light or a dot there.  That's where the banner was set up, and that's |
| 14 | | where I had, in looking at the LDVR, the 1st time I had seen the |
| 15 | | banner on the LDVR.  If you look to the left, you've got about 3 |
| 16 | | auto racks there from the point in which you can see the banner. |
| 17 | | The auto racks are in 4 west, the banner is set up in 6 west.  You |
| 18 | | go to Page 2, like I said, it's a little bit hard to see here.  I can |
| 19 | | present the black-and-white pictures, which are a little bit easier to |
| 20 | | see. |
| 21 | | |
| 22 | Adkins: | Okay, so what you're calling Page 2 we'll call Exhibit #5.  Alright. |
| 23 | | |
| 24 | Smith: | Also, in the subject line for Page 2, you see it says *CSXT 2036 #2.* |
| 25 | | |
| 26 | Adkins: | Yes. |
| 27 | | |
| 28 | Smith: | That's also a way to identify that. |
| 29 | | |
| 30 | Adkins: | Okay. |
| 31 | | |
| 32 | Smith: | The banner is set up right beside 1 of the auto racks in 4 west.  The |
| 33 | | foreman operator of this engine on the Y29321, Mr. Hitt, prior to |
| 34 | | coming to a stop, had traveled about 2 auto racks before he had |
| 35 | | come to a stop.  Which would exceed half the range of vision, |
| 36 | | based off Picture 1, Picture 1 being you could see 3 auto racks to |
| 37 | | the left there.  Page 2 you only see 1, so Mr. Hitt had traveled 2 |
| 38 | | engine, or 2 auto-rack lengths prior to stopping.  Page 3, CSXT |
| 39 | | 2036, #3, in the subject line above, you can see the red light, and |
| 40 | | you can see to the right of the red light a vest, that's me walking to |
| 41 | | the engine.  So I did walk off from the banner to the locomotive. |
| 42 | | That's when I walked up there to talk to Mr. Hitt about him |
| 43 | | stopping and the use of the emergency brake application.  And |
| 44 | | that's all I have for that exhibit there, those 3 pages. |
| 45 | | |

HITT, J. S., 209967                AUTHENTICATED              328474-1-0130.19
Investigation

| 1 | Adkins: | Okay, so I'm going to enter it in as CSXT 2036 #1 is Exhibit #4, |
| 2 | | CSXT 2036 #2 is Exhibit #5, CSXT 2036 #3 is going to be Exhibit |
| 3 | | #6.  Alright, Mr. Smith, do you have more information? |
| 4 | | |
| 5 | Smith: | Yes, sir.  The next page is the download.  I wasn't able to print it |
| 6 | | out all on 1 page, so I've got multiple pages here. |
| 7 | | |
| 8 | Adkins: | Okay, so we'll call the download Exhibit #7.  Please proceed, Mr. |
| 9 | | Smith. |
| 10 | | |
| 11 | Smith: | If you look at the download, it's in the landscape format.  If you |
| 12 | | turn it to the side and you're looking at it, the top left, January 21, |
| 13 | | 2019, 19:18:42 would be the top left if you're looking at it |
| 14 | | correctly.  You see a black line that goes down the, there's an |
| 15 | | arrow with a black line that goes down on the download here. |
| 16 | | That's where, that's where the train had went into emergency.  If |
| 17 | | you look at the speed, the speed was less than 10 mile per hour. |
| 18 | | It's showing 7.2 in the table to the far right.  If you look at AB |
| 19 | | handle release, it's, I'm sorry, emergency brake.  If you look at |
| 20 | | emergency brake and you follow that line to the far right, you'll |
| 21 | | see a blue box.  That blue box is where the train had went into |
| 22 | | emergency.  If you go down to the far bottom there where it says |
| 23 | | *PCS Open*, you'll see it's a straight blue line, and then you'll see a |
| 24 | | little bit of a break there, there's a white gap, then you see a blue |
| 25 | | line again, that's where the train was placed into emergency. |
| 26 | | |
| 27 | Adkins: | Alright, Mr. Smith, on this, on Exhibit #7, how can the, how is the |
| 28 | | independent brake displayed as opposed to the emergency brake? |
| 29 | | |
| 30 | Smith: | There's, it's not showing any independent brake, it's showing the |
| 31 | | emergency brake applied. |
| 32 | | |
| 33 | Adkins: | So the absence of any information would imply that the |
| 34 | | independent brake was never utilized? |
| 35 | | |
| 36 | Smith: | That's correct. |
| 37 | | |
| 38 | Adkins: | Alright, please proceed, Mr. Smith. |
| 39 | | |
| 40 | Smith: | On Page 2, this is also from the same download, it's just further |
| 41 | | down in the graph.  Like I said, I could not print it all out on the 1 |
| 42 | | page, so I broke it down into different segments.  At the very top |
| 43 | | you see *PCS Open*, and it's got the same blue line there, it's got the |
| 44 | | white space, then it's got the blue line, that's where I connected |
| 45 | | with the download there, so you can see that, the next category |

| | | |
|---|---|---|
| 1 | | with the download below.  You go down to the EAB, equalizing |
| 2 | | reservoir, you can see that the, or the ER psi there, you can see |
| 3 | | where it makes a drop at the same point that the PSC open makes a |
| 4 | | gap and the emergency brake was applied.  You go below that, the |
| 5 | | air flow CFM, you can see shortly thereafter the air flow goes up. |
| 6 | | |
| 7 | | On the next page, you can see the air flow that was shown on the |
| 8 | | previous page, you go down to the EAB brake cylinder, you can |
| 9 | | see where the brake cylinder pressure comes up.  And then if you |
| 10 | | go below that EAB BP psi, you see where the brake pipe pressure |
| 11 | | goes down. |
| 12 | | |
| 13 | Adkins: | Is that all of Exhibit 7, #7? |
| 14 | | |
| 15 | Smith: | Yes, sir. |
| 16 | | |
| 17 | Adkins: | Do you have more information to submit? |
| 18 | | |
| 19 | Smith: | Yes, this is a different format of the same download, shows the |
| 20 | | same information, it just shows it by second instead of by the |
| 21 | | graph there.  You can see where the yellow line is, that's where the |
| 22 | | PCS had closed versus being open.  That's where the train was |
| 23 | | placed into emergency.  You can see where the EAB brake |
| 24 | | cylinder psi goes from 0 at the bottom of the page there, if you |
| 25 | | follow it up to the top, it goes up to 75, which is almost instant. |
| 26 | | |
| 27 | Adkins: | So how many pages to this exhibit? |
| 28 | | |
| 29 | Smith: | It's 3 pages.  The 2nd page is just a continuation, there's no |
| 30 | | information on Page 2 that I need to discuss.  Page 3 where the |
| 31 | | yellow line is, you can see where it goes from closed back to open, |
| 32 | | and that's where the train had, or where the operator had, after he'd |
| 33 | | placed it into emergency and the air had built back up, he had |
| 34 | | released the emergency application to let his train line build back |
| 35 | | up.  You can see where the EAB BP brake pipe goes from 0 at the |
| 36 | | bottom of the page, and at the top it goes back to 87, so that's |
| 37 | | where the air pressure had built back up in the train line. |
| 38 | | |
| 39 | Adkins: | Alright, Exhibit #8 continues 3 pages, I've labeled them Exhibit 8, |
| 40 | | A, B, C.  Any more evidence to submit? |
| 41 | | |
| 42 | Smith: | The last 1 is the 5 questions that we're required to fill out with our |
| 43 | | employees.  The purpose of this is to, if you have any kind of rule |
| 44 | | failure, to ensure that the managers are having a conversation with |
| 45 | | employees, ensuring that we have a clear understanding of any |

HITT, J. S., 209967                AUTHENTICATED                328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | rules that were violated or, you know, any kind of questions are |
| 2 | | answered.  Under the 1st question, *What did you do?* Mr. Hitt had |
| 3 | | put, *Put a train into emergency to ensure stopping on a banner* |
| 4 | | *test.  I stopped in compliance with Rule 300.4.*  The only part of |
| 5 | | 300.4 that was complied with would have been operating under 10 |
| 6 | | mile per hour.  Mr. Hitt did not stop within half the range of vision. |
| 7 | | *What does the rule say?  Operate at restricted speed.  What is the* |
| 8 | | *gap?*  He wrote, *I don't know.*  What could have the consequences |
| 9 | | been, or *what could have been the consequences?  Nothing, I* |
| 10 | | *stopped within ½ the range of vision,* which based off the LDVR, |
| 11 | | you can see that that was not the case.  And *What is your* |
| 12 | | *commitment going forward?  Work by the rules.* |
| 13 | | |
| 14 | Adkins: | Alright, that will be entered in as Exhibit #9.  At this time I have |
| 15 | | no further questions for Mr. Smith.  Mr. Head, would you like to |
| 16 | | ask Mr. Smith some questions? |
| 17 | | |
| 18 | Head: | Yes, sir. |
| 19 | | |
| 20 | Adkins: | Okay, proceed. |
| 21 | | |
| 22 | Head: | Before we do, could, would you mind if we run down through the |
| 23 | | exhibits?  I think I've … |
| 24 | | |
| 25 | Adkins: | No, no. |
| 26 | | |
| 27 | Head: | …I have the whole entire operating rule is #2, and then we go |
| 28 | | straight to #4 with the pictures.  I just want to … |
| 29 | | |
| 30 | Adkins: | No, yeah, we'll pause for a moment and make sure that you've got |
| 31 | | the exhibits in order. |
| 32 | | |
| 33 | Head: | Yes, sir. |
| 34 | | |
| 35 | Adkins: | So the time is 13:54.  We'll take a brief recess. |
| 36 | | |
| 37 | | Alright, the time is 13:56, we are back on record.  Mr. Head, do |
| 38 | | you have any questions for Mr. Smith? |
| 39 | | |
| 40 | Head: | Yes, sir. |
| 41 | | |
| 42 | Adkins: | Please proceed. |
| 43 | | |
| 44 | Head: | Carrier's Exhibit #2, 3-, or on Page 4, the rule.  You stated Mr. Hitt |
| 45 | | did not stop within ½ the range of vision? |

| | | |
|---|---|---|
| 1 | | |
| 2 | Smith: | That is correct. |
| 3 | | |
| 4 | Head: | Did you, did you measure this out from the time he seen it till the |
| 5 | | time he stopped? |
| 6 | | |
| 7 | Smith: | I walked the distance from the banner to the locomotive, and then I |
| 8 | | did look at the LDVR to look at how many car lengths from the |
| 9 | | time that the banner could be seen on the LDVR versus another |
| 10 | | picture of the LDVR of when the train had stopped.  And that was |
| 11 | | a total of 3 auto racks from the time the banner could be seen, and |
| 12 | | then there was 1 auto rack distance from the time the train had |
| 13 | | stopped to the banner. |
| 14 | | |
| 15 | Head: | Yes, sir, but did you physically measure it? |
| 16 | | |
| 17 | Smith: | I didn't measure with a tape measure, no. |
| 18 | | |
| 19 | Head: | But you walked it off?  You don't recall the steps of that? |
| 20 | | |
| 21 | Smith: | No, I don't recall the steps. |
| 22 | | |
| 23 | Head: | So the, speaking of the LDR, is it a 180-degree lens? |
| 24 | | |
| 25 | Smith: | No. |
| 26 | | |
| 27 | Head: | Okay.  So you can't physically see exactly where he stopped, you |
| 28 | | just see … |
| 29 | | |
| 30 | Smith: | You can see the … |
| 31 | | |
| 32 | Head: | The peripheral vision of it. |
| 33 | | |
| 34 | Smith: | You could see straight ahead, you could see the nose of the engine. |
| 35 | | |
| 36 | Head: | But not 180 degrees left or right? |
| 37 | | |
| 38 | Smith: | No, you can't see to the left or to the right. |
| 39 | | |
| 40 | Head: | So the fact of looking at it on the LDR is not exact where he |
| 41 | | stopped at if you can't see 180 degrees left or right. |
| 42 | | |
| 43 | Smith: | Exact GPS coordinates, no. |
| 44 | | |
| 45 | Head: | Says, on Carrier's Exhibit 3, Page 2: |

- 15 -

HITT, J. S., 209967          AUTHENTICATED          328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | | *Train handling requires proper planning and use of the safest and* |
| 3 | | *most efficient train handling procedures.  Locomotive operators* |
| 4 | | *must not make rapid or severe slack changes.* |
| 5 | | |
| 6 | | What would be the purpose of not making a rapid or severe slack |
| 7 | | change? |
| 8 | | |
| 9 | Smith: | If you make a rapid or severe slack change, it could cause a train to |
| 10 | | either buck off the track or cause a derailment, could cause a lot of |
| 11 | | the various in-line train forces. |
| 12 | | |
| 13 | Head: | Did any of those that you mentioned happen in this instance? |
| 14 | | |
| 15 | Smith: | What, a derailment? |
| 16 | | |
| 17 | Head: | Yes, sir. |
| 18 | | |
| 19 | Smith: | A derailment didn't happen.  Now, I don't know … |
| 20 | | |
| 21 | Head: | Okay. |
| 22 | | |
| 23 | Smith: | … of any other … |
| 24 | | |
| 25 | Head: | But no derailment? |
| 26 | | |
| 27 | Smith: | … train line incidents that may have happened inside there, no. |
| 28 | | |
| 29 | Head: | In Carrier's Exhibit #4, as you stated, that dot that you can see is |
| 30 | | you or the banner? |
| 31 | | |
| 32 | Smith: | That is the banner. |
| 33 | | |
| 34 | Head: | The Hearing Officer made mention of absence of information. |
| 35 | | Can you select what channel or filters you wish to see on a |
| 36 | | download? |
| 37 | | |
| 38 | Smith: | Yes. |
| 39 | | |
| 40 | Head: | I have no further questions of Mr. Smith at this time, with, also |
| 41 | | would like to reserve the right to recall. |
| 42 | | |
| 43 | Adkins: | Mr. Hitt, do you have any questions for Mr. Smith? |
| 44 | | |
| 45 | Hitt: | Yes, I do. |

HITT, J. S., 209967                         AUTHENTICATED                          328474-1-0130.19
Investigation

1
2   Adkins:              Please proceed.
3
4   Hitt:                Excuse me.  Mr. Smith, when you initially came to the locomotive
5                        to converse with me and we talked about me putting the train in
6                        emergency, why didn't you tell me then that I failed the
7                        assessment?  Or I failed to comply with the rule?
8
9   Smith:               I didn't so much as say you didn't comply, I told you that you
10                       cannot put the train in emergency to stop for a banner.  But I didn't
11                       use the words of what you just said.
12
13  Hitt:                Okay.  I guess I was unclear on that.  Maybe it was the noise from
14                       the engine, I didn't hear you say that.  I heard you mentioned that
15                       was, maybe we should start from the couple cars there or
16                       something to that nature on, so yeah.  So I was just curious why I
17                       wasn't charged initially, and if I was improperly handling my train,
18                       how come you allowed me to finish my move if you thought I was
19                       a detriment to the operation and you let me finish my move and
20                       then talked to me later on, a few minutes later?  I was just curious
21                       why you didn't tell me right then that I was being charged.
22
23  Smith:               Like I said, I didn't so say as use the exact terminology that you
24                       just said, but I did tell you that we cannot be using, we cannot stop
25                       with emergency application.  We did have the conversation about
26                       the train line and maybe adding a couple cars of air.  You'd
27                       mentioned that you had, when I asked you about putting the train
28                       in emergency, you said yeah, I guess the way that you had to stop
29                       because you didn't have no train, or air on the cars.  I allowed the
30                       movement to happen because I did not know at what point at that
31                       point that whenever you had pulled into the track and had failed
32                       that banner test at what step that you were out in the process, or the
33                       IDPAP.  Proper protocol is when an employee is at a Step 3 to
34                       remove the employee from service, so that's why after you had
35                       made that move to the north end of the yard and I found out what
36                       you were in the step process, I had to pull you out of service at that
37                       point.  If you'd have been at Step 1, Step 2, you would've
38                       continued on with your day.
39
40  Hitt:                Okay.  Like to go to Exhibit 3, Air Brake and Train Handling.
41                       This says that, on the 5501.1, *Locomotive operators must not make*
42                       *rapid or severe slack changes.*  Would you say that just coming to
43                       a stop would fall under the category of a rapid or severe slack
44                       change?
45

HITT, J. S., 209967                AUTHENTICATED                328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Smith: | With proper planning, no.  If you apply all automatic brake or independent brake to bring a train to a stop, then yes, that would be a rapid or severe slack change.  If you apply a little bit of brake and gradually allow the cars to bunch up to bring it to a stop, then that wouldn't be a rapid or severe slack change. |
| 7<br>8 | Hitt: | Does the rule say that you cannot use emergency function? |
| 9<br>10 | Smith: | No. |
| 11<br>12 | Hitt: | Okay.  I don't have any further questions. |
| 13<br>14 | Adkins: | Mr. Smith, how was Mr. Hitt controlling the CSXT 2036? |
| 15<br>16 | Smith: | With an RCO box. |
| 17<br>18 | Adkins: | With a what? |
| 19<br>20 | Smith: | With a remote-control box. |
| 21<br>22 | Adkins: | What does a remote-control box do? |
| 23<br>24<br>25<br>26<br>27 | Smith: | Allows the foreman to perform the same functions as a locomotive engineer.  Allows the remote-control foreman to operate the engine from the ground or from a remote location.  They can pull the train, shove the train, apply brakes, blow the horn, ring the bell. |
| 28<br>29<br>30 | Adkins: | So the remote-control box operates similar to the control stand inside the cab of the locomotive? |
| 31<br>32 | Smith: | Yes. |
| 33<br>34 | Adkins: | Similar but not exact? |
| 35<br>36 | Smith: | Correct. |
| 37<br>38 | Adkins: | So does the remote-control box have an independent brake? |
| 39<br>40 | Smith: | It's got a speed selector, and it's got a, yes. |
| 41<br>42 | Adkins: | Yes, it does? |
| 43<br>44 | Smith: | Yes. |
| 45 | Adkins: | Does it have an automatic brake? |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Smith: | Yes. |
| 3 | | |
| 4 | Adkins: | And what's the difference between the automatic brake and the |
| 5 | | emergency brake? |
| 6 | | |
| 7 | Smith: | The automatic brake is for the train line, and the independent brake |
| 8 | | is for the locomotive. |
| 9 | | |
| 10 | Adkins: | But I didn't ask either of those questions.  How do you actuate the |
| 11 | | emergency brake? |
| 12 | | |
| 13 | Smith: | How do you actuate the emergency brake? |
| 14 | | |
| 15 | Adkins: | Yeah.  On an RCO box. |
| 16 | | |
| 17 | Smith: | I'm not familiar with that. |
| 18 | | |
| 19 | Adkins: | How do you know it's been applied? |
| 20 | | |
| 21 | Smith: | On the RCO box? |
| 22 | | |
| 23 | Adkins: | Yes. |
| 24 | | |
| 25 | Smith: | The remote foreman has to put it in emergency. |
| 26 | | |
| 27 | Adkins: | Okay, you got a download that shows an emergency application? |
| 28 | | |
| 29 | Smith: | Yes, that is correct. |
| 30 | | |
| 31 | Adkins: | What is the difference between an emergency application and an |
| 32 | | automatic brake application? |
| 33 | | |
| 34 | Smith: | Emergency brake application applies all the brake to the train |
| 35 | | versus an automatic brake application only applies whatever you |
| 36 | | select.  Let me go back to **[inaudible _____ 00:50:29]**.  I guess I |
| 37 | | don't understand the question **[inaudible _____ 00:50:39]**. |
| 38 | | |
| 39 | Adkins: | I guess what I'm trying to understand is, is there a difference |
| 40 | | between an emergency application and all other brake applications |
| 41 | | on the remote-control box? |
| 42 | | |
| 43 | Smith: | Yes. |
| 44 | | |
| 45 | Adkins: | How do you differentiate? |

- 19 -

HITT, J. S., 209967                AUTHENTICATED                328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Smith: | On a download? |
| 3 | | |
| 4 | Adkins: | Not on a download.  Well, I mean, the download clearly states |
| 5 | | there's emergency application. |
| 6 | | |
| 7 | Smith: | Oh, then … |
| 8 | | |
| 9 | Adkins: | How does a remote-control operator make an emergency |
| 10 | | application? |
| 11 | | |
| 12 | Smith: | From what I understand, he has to put it in emergency. |
| 13 | | |
| 14 | Adkins: | Is that utilizing the automatic brake? |
| 15 | | |
| 16 | Smith: | You have to utilize the automatic brake to utilize the emergency |
| 17 | | function, yes. |
| 18 | | |
| 19 | Adkins: | Okay.  That's what I wanted to understand. |
| 20 | | |
| 21 | Smith: | Okay.  I'm sorry, I didn't quite understand what you were asking |
| 22 | | me. |
| 23 | | |
| 24 | Adkins: | So the automatic brake on the RCO, there's different positions for |
| 25 | | it? |
| 26 | | |
| 27 | Smith: | Yes. |
| 28 | | |
| 29 | Adkins: | It's not just emergency? |
| 30 | | |
| 31 | Smith: | That is correct. |
| 32 | | |
| 33 | Adkins: | But at no point in the download does the download indicate that |
| 34 | | the independent brake was utilized? |
| 35 | | |
| 36 | Smith: | That is correct.  It shows that the automatic was used and it was |
| 37 | | placed into emergency. |
| 38 | | |
| 39 | Adkins: | I have no further questions for Mr. Smith.  Mr. Head, would you |
| 40 | | like to ask Mr. Smith some questions? |
| 41 | | |
| 42 | Head: | Yes, I would.  Mr. Smith, what's the profile of the track 6 west? |
| 43 | | |
| 44 | Smith: | I'm not for sure.  I don't have that information in front of me, and I |
| 45 | | have not looked at the profile.  I would assume that it's, I know the |

| | | |
|---|---|---|
| 1 | | receiving yard has a grade, but I don't, I'm not familiar with the |
| 2 | | west yard. |
| 3 | | |
| 4 | Head: | Would that be a part of, excuse me, let me rephrase that.  Would |
| 5 | | knowing the grade of the track be a part of proper train … |
| 6 | | |
| 7 | Smith: | Yes. |
| 8 | | |
| 9 | Head: | So, and you know if the slack was bunched or stretched? |
| 10 | | |
| 11 | Smith: | When he was pulling into the track, I do not know. |
| 12 | | |
| 13 | Head: | Is there a separate selector switch on the RCO box for automatic |
| 14 | | and independent? |
| 15 | | |
| 16 | Smith: | I believe so, yes. |
| 17 | | |
| 18 | Head: | And what is the automatic brake's function? |
| 19 | | |
| 20 | Smith: | I guess, can you clarify what you're … |
| 21 | | |
| 22 | Head: | Well, like if you select a position on automatic, what is its |
| 23 | | function?  What does it do? |
| 24 | | |
| 25 | Smith: | It reduces air from the train line to apply the brake on the, on the |
| 26 | | cars and the locomotive. |
| 27 | | |
| 28 | Head: | And there's no air on the cars, is that correct? |
| 29 | | |
| 30 | Smith: | Mr. Hitt had informed me that he did not have any air on the cars. |
| 31 | | |
| 32 | Head: | Did you see if there was air on the cars then? |
| 33 | | |
| 34 | Smith: | I did not. |
| 35 | | |
| 36 | Head: | And what does, what's the independent function? |
| 37 | | |
| 38 | Smith: | Independent applies the brakes on just the locomotive. |
| 39 | | |
| 40 | Head: | Is there a, is there, you stated earlier with the automatic do they |
| 41 | | deposit brakes on the, on the cars and the engine, is that correct? |
| 42 | | |
| 43 | Smith: | Yes. |
| 44 | | |

| | | |
|---|---|---|
| 1<br>2<br>3 | Head: | Is there a function that allows you to bail off the engine brakes while using the automatic brake? |
| 4<br>5<br>6<br>7 | Smith: | Yeah, you're supposed to actuate the independent brake. Actuating the independent brake releases the brake pressure on the, on the brakes on the locomotive. |
| 8<br>9<br>10 | Head: | The, anywhere in Carrier Exhibit 2 or 3 does it state that you are not allowed to use the emergency function? |
| 11<br>12 | Smith: | In that exact wording? |
| 13<br>14 | Head: | Yes, sir. |
| 15<br>16 | Smith: | No. |
| 17<br>18<br>19 | Head: | The same wording that's in this Charge Letter? *By placing your train in emergency when approaching a banner.* |
| 20<br>21<br>22<br>23 | Smith: | He placed the train into emergency, and that's what this Charge Letter, I guess are you asking is, does it say place your train in emergency in … |
| 24<br>25 | Head: | In Exhibit 2 or 3. |
| 26<br>27 | Smith: | No. |
| 28<br>29<br>30 | Head: | Well, did Mr. Hitt, I think it's redundant, but I want to ask if it hasn't been asked.  Did Mr. Hitt hit the obstruction? |
| 31<br>32 | Smith: | No. |
| 33<br>34 | Head: | I have no further questions at this time with the right to recall. |
| 35<br>36<br>37 | Adkins: | Mr. Smith, could you please describe the function, for the record, for the term "bail off?" |
| 38<br>39<br>40<br>41<br>42<br>43<br>44 | Smith: | Bail off is also known as actuate.  It's where you release the brake pipe pressure, the brake shoes on the locomotive.  So if you apply the automatic brake, it will apply the brake to the locomotive and the cars.  What you're doing is you're releasing the brake shoes from the locomotive to where the brakes are only applied to the train.  Train meaning the cars behind the locomotive. |
| 45 | Adkins: | So basically it releases the brakes on the locomotive? |

HITT, J. S., 209967    AUTHENTICATED    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Smith: | Yes, sir. |
| 3 | | |
| 4 | Adkins: | Mr. Head, any questions for Mr. Smith? |
| 5 | | |
| 6 | Head: | Not at this time, with the right to recall. |
| 7 | | |
| 8 | Adkins: | Mr. Hitt, would you like to ask Mr. Smith some questions? |
| 9 | | |
| 10 | Hitt: | Yeah, I got 1 more, if you don't mind.  Mr. Smith, what is the |
| 11 | | purpose of the banner test?  Excuse me. |
| 12 | | |
| 13 | Smith: | The purpose of the banner test is to simulate an obstruction. |
| 14 | | |
| 15 | Hitt: | Could you specify what obstruction can mean? |
| 16 | | |
| 17 | Smith: | An obstruction could be a car, could be men and equipment, it |
| 18 | | could be anything that would hinder the movement of the |
| 19 | | locomotive across that portion of the track.  Or cause any kind of |
| 20 | | safety hazards. |
| 21 | | |
| 22 | Hitt: | Okay.  So something, it would, something that, excuse me, would |
| 23 | | simulate an emergency, right?  Like if there were someone in the |
| 24 | | track, then we would need to do all that we could do to stop in time |
| 25 | | for obviously hurting someone or **[inaudible _____ 00:58:22]** of |
| 26 | | caution, correct?  **[inaudible _____ 00:58:24]** emergency. |
| 27 | | |
| 28 | Smith: | Well, this scenario was different.  This scenario was based off |
| 29 | | being able to stop within ½ the range of vision without placing |
| 30 | | your train into emergency.  The only time you would use |
| 31 | | emergency function in that situation is if let's say a signal drops on |
| 32 | | you or you've got somebody that runs out in front of you at a |
| 33 | | crossing or a car up there, you know, that's where you put your |
| 34 | | train in emergency.  This particular rule and the test that we ran |
| 35 | | here was to simulate a car in a track in which a train had just pulled |
| 36 | | out of.  That way the operator that was operating the locomotive |
| 37 | | could come through there prepared to stop within ½ the range of |
| 38 | | vision by using safe train-handling techniques and not putting it |
| 39 | | into emergency. |
| 40 | | |
| 41 | Hitt: | Okay.  I don't have any more questions. |
| 42 | | |
| 43 | Adkins: | Mr. Smith, do you have an exhibit displaying a banner? |
| 44 | | |
| 45 | Smith: | Yes. |

HITT, J. S., 209967                        AUTHENTICATED                        328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Adkins: | Could you please produce that? |
| 3 | | |
| 4 | Smith: | I've got one that's already been produced.  Carrier Exhibit 4, #1 … |
| 5 | | |
| 6 | Adkins: | Okay, Mr. Smith, we have a copy of Exhibit #4.  But for the |
| 7 | | record, do you have a better copy that can be introduced into the |
| 8 | | record as a exhibit? |
| 9 | | |
| 10 | Smith: | I've got a black-and-white copy that gives you a little bit better |
| 11 | | footage of what … |
| 12 | | |
| 13 | Adkins: | Okay, alright, for the record, can you describe the banner?  Is it the |
| 14 | | size of a piece of paper … |
| 15 | | |
| 16 | Smith: | Oh. |
| 17 | | |
| 18 | Adkins: | … is it the size of an automobile? |
| 19 | | |
| 20 | Smith: | Gotcha.  Understand.  So a banner is about the size of a small |
| 21 | | person, I guess you could say.  I mean, it's got legs on the bottom |
| 22 | | of it, it's got a sign on it that says test.  Above it it's got … |
| 23 | | |
| 24 | Adkins: | What are the dimension of the application where it says test?  Is it |
| 25 | | a postcard size, is it … |
| 26 | | |
| 27 | Smith: | No, I would say it's probably … |
| 28 | | |
| 29 | Adkins: | … notebook paper size? |
| 30 | | |
| 31 | Smith: | … 24 inches by 12 to 18 inches.  Maybe, maybe 36 inches. |
| 32 | | |
| 33 | Adkins: | So the whole purpose of the simulation so that you don't have an |
| 34 | | actual event with a car or a piece of equipment on the track that |
| 35 | | can cause more damage? |
| 36 | | |
| 37 | Smith: | Right.  The banner actually has a flashing red light on it too, which |
| 38 | | you can, you know, in the middle of the night you can see flashing |
| 39 | | from quite a, quite a ways. |
| 40 | | |
| 41 | Adkins: | So does your exhibit show that? |
| 42 | | |
| 43 | Smith: | It shows the red light.  It doesn't show it flashing, but it shows the |
| 44 | | light. |
| 45 | | |

| | | |
|---|---|---|
| 1 | Adkins: | But there is a red light? |
| 3 | Smith: | Yes. |
| 5 | Adkins: | And the movement did stop short of it? |
| 7 | Smith: | The movement did stop short of it, yes. |
| 9 | Adkins: | And the banner was not run over? |
| 11 | Smith: | That is correct. |
| 13 | Adkins: | So in Exhibit 5, is that, I don't know if that's the best one.  I guess |
| 14 | | Exhibit 6, is that the red light on top of the … |
| 16 | Smith: | Yes, sir. |
| 18 | Adkins: | … stop flag? |
| 20 | Smith: | Yes.  So … |
| 22 | Adkins: | And the stop flag, the flag, card, bracket … |
| 24 | Smith: | Yes. |
| 26 | Adkins: | … it actually says stop on it? |
| 28 | Smith: | It says test.  So … |
| 30 | Adkins: | Test? |
| 32 | Smith: | Yes. |
| 34 | Adkins: | Okay. |
| 36 | Smith: | So the red light is the top of it, it's got 2 arms that come off of it |
| 37 | | that's got red flags in it, the red light flashes.  Below the red light |
| 38 | | is a sign that says test. |
| 40 | Adkins: | Alright.  So what would be the purpose of the red light? |
| 42 | Smith: | To simulate the end of a train, EOT. |
| 44 | Adkins: | And what is an EOT? |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Smith: | End-of-train device.  It allows the engineer or locomotive operator |
| 2 | | to know what the air pressure is on the bottom of their train.  It also |
| 3 | | allows them to initiate emergency brake application from the rear |
| 4 | | of the train.  It gives them, allows them to know the, there's train |
| 5 | | continuity, you know, if the train line is intact with the rear of their |
| 6 | | train.  Basically gives them all the readings they need to proceed |
| 7 | | on with their train. |
| 8 | | |
| 9 | Adkins: | What else does it signify? |
| 10 | | |
| 11 | Smith: | The end of a train. |
| 12 | | |
| 13 | Adkins: | End of the train?  So that's sort of the purpose of the test? |
| 14 | | |
| 15 | Smith: | That is correct. |
| 16 | | |
| 17 | Adkins: | So 1 piece of equipment doesn't get in, come in contact with |
| 18 | | another piece of equipment? |
| 19 | | |
| 20 | Smith: | That is correct.  And I placed that banner there because we had a |
| 21 | | train leaving that track. |
| 22 | | |
| 23 | Adkins: | Mr. Head, you have any questions for Mr. Smith? |
| 24 | | |
| 25 | Head: | Not at this time, with the right to recall. |
| 26 | | |
| 27 | Adkins: | Mr. Hitt, do you have any questions for … |
| 28 | | |
| 29 | Hitt: | No, sir. |
| 30 | | |
| 31 | Adkins: | Mr. Smith, you are excused at this time, but you are not dismissed. |
| 32 | | |
| 33 | Smith: | Yes, sir. |
| 34 | | |
| 35 | Adkins: | At this time the time is 14:21, we'll pause for a short recess. |
| 36 | | |
| 37 | | Alright, the time is 14:25, we are back on record.  And I'm going to |
| 38 | | begin with questioning Mr. Hitt.  Mr. Hitt, *the purpose of this* |
| 39 | | *Investigation is to develop the facts and place your responsibility,* |
| 40 | | *if any, in connection with the information on January 21st, 2019,* |
| 41 | | *approximately 19:20 hours when you were working job Y29321 at* |
| 42 | | *or near Boyles Terminal*, and basically questioning your train- |
| 43 | | handling procedures as you approached the banner.  So Mr. Hitt, |
| 44 | | what position did you hold at the time of this incident? |
| 45 | | |

- 26 -

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| 1 | Hitt: | Foreman. |
|---|---|---|
| 2 | | |
| 3 | Adkins: | What's the responsibilities of a foreman? |
| 4 | | |
| 5 | Hitt: | To safely move trains from one end of the yard to the other, |
| 6 | | basically. |
| 7 | | |
| 8 | Adkins: | Alright.  And how do you do that? |
| 9 | | |
| 10 | Hitt: | By RCL, Remote-Control Locomotive. |
| 11 | | |
| 12 | Adkins: | How long have you been an RCO operator? |
| 13 | | |
| 14 | Hitt: | Since 2006, so about 13 years. |
| 15 | | |
| 16 | Adkins: | How long have you been with the Company? |
| 17 | | |
| 18 | Hitt: | Since 2005. |
| 19 | | |
| 20 | Adkins: | Did you have any other railroading experience before you came |
| 21 | | here? |
| 22 | | |
| 23 | Hitt: | No, sir. |
| 24 | | |
| 25 | Adkins: | And what other positions have you held other than foreman/RCO |
| 26 | | operator? |
| 27 | | |
| 28 | Hitt: | Conductor.  That's it. |
| 29 | | |
| 30 | Adkins: | And you were the foreman on Y29321 at approximately 19:20 |
| 31 | | hours on January 21st, 2019? |
| 32 | | |
| 33 | Hitt: | Yes, sir, that's correct. |
| 34 | | |
| 35 | Adkins: | Alright.  So Mr. Hitt, in your best ability, tell me about the incident |
| 36 | | that took place on or about 19:20 hours January 21st, 2019, while |
| 37 | | you were working assignment Y29321 in Track 6 west. |
| 38 | | |
| 39 | Hitt: | Okay.  I was instructed by Yardmaster Robert Gandy to carry a |
| 40 | | train from the south yard across the track into 6 west.  And so I |
| 41 | | started making that movement, went across the plant, got into 6 |
| 42 | | west, and close to the south end is a, is a winding curve, and as I, |
| 43 | | soon as I could see around the curve, I saw a flashing light, |
| 44 | | recognized it's a banner, and so I stopped my train, and not hitting |
| 45 | | the banner, I stopped it within ½ the range of vision as instructed |

HITT, J. S., 209967                   AUTHENTICATED                   328474-1-0130.19
Investigation

1    in Rule 300.4. At that time Trainmaster Smith walked up to the
2    engine, and I was standing on the platform outside the engine,
3    where he commended me of doing a good job by stopping and not
4    hitting the banner. And he said, he asked me if I had any air on the
5    cars, and I said no, and he said, well, we may want to, may need to
6    start putting air on the cars, and I agreed, said, yeah, that may be
7    something beneficial, may start doing that. And he did ask me if I
8    placed the train in emergency, and I said yes, sir, I said I was about
9    3 cars from the banner when I saw it, because of where the banner
10   was placed in the curve, so I wanted to get myself, ensure that I
11   would be able to stop in time. He said okay, and he said, I'm going
12   to move the banner, and you can proceed with your movement and,
13   talking to the yardmaster, of course, and I said okay.
14
15   So he moved the banner, came over the radio, told me I'm ready,
16   he's out of the way, that I can continue with my movement. I did
17   so, I was dragging that cut of cars down to the north end of 6 west,
18   and so I did that, tied the hand brakes on it, tested the hand brakes,
19   they passed the test. I called the yardmaster, told him, I'm done
20   with this move, ready for something else, and he said, come on out
21   7 tel-, we'll get you back down the inbound. So I said okay, and so
22   I start to go out 7 tel-, but I see he still hasn't lined the switch for
23   me, so I stop, and I hollered at, called him again, and just so they
24   can line the switch for me, and he said, well, now I'm hearing you
25   need to put it in the pocket.
26
27   And so I was confused, and I said, what's, am I eating lunch
28   already? It's a little early for that. And he said, well, Nick Smith
29   told me to, or Trainmaster Smith told me to put it, tell you to put it
30   in the pocket, you know, for now, and come in. So I was really
31   surprised, I didn't understand why. But, so I did that, and then
32   Trainmaster Smith came down there and told me that, you know,
33   he was putting in a failure for not complying with Rule 300.4, and
34   he said, we're going to **[inaudible _____ 01:10:40}** it, he said, you
35   failed the test, you didn't comply with 300.4. I said, where is that
36   rule? I said, I stopped within ½ the range of vision. He said, yes,
37   but you used the emergency function. And I said, he said, get in
38   the car, you know, I secured the engine, and I got in the car with
39   him, we went back to the roundhouse where he gave me the rule
40   book and showed me 300.4. I read it and said, I said, I complied
41   with this rule, I stopped within ½ the range of vision, and he
42   stressed, you used the emergency function. I said, yes, I did, I
43   admit that, but this rule does not indicate I'm not allowed to do
44   that. I said, I don't mind telling you if I violated a rule, I will admit
45   if I did, but the rule you're showing me right now I did not violate.

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

|    |          |                                                                      |
|----|----------|----------------------------------------------------------------------|
| 1  |          | And he said, he gave me that 5-question questionnaire that he |
| 2  |          | brought into evidence, I think it was 9, and yes, that's correct.  And |
| 3  |          | he had me fill that out, and I said, I can't fill this out saying that I |
| 4  |          | broke this rule you're showing me, cause I stopped in compliance |
| 5  |          | with Rule 300.4.  And he admitted to me that I stopped within ½ |
| 6  |          | the range of vision.  I said, I got, it was about 3 car lengths from |
| 7  |          | where I saw the banner, and he indicated that I was about a car and |
| 8  |          | a half from the banner after I got stopped.  So that was not the end |
| 9  |          | of the question.  He kept stressing the fact that I stopped using the |
| 10 |          | emergency function.  So I filled out the questionnaire, and he sent |
| 11 |          | me home.  Let me say as well, he mentioned earlier that it was |
| 12 |          | standard procedure for him to send me home because this was |
| 13 |          | putting me in Step 3.  Although he didn't know I was in Step 3 |
| 14 |          | until after I got into the car with him and we went back to the |
| 15 |          | roundhouse, cause he looked it up on his phone to see what step I |
| 16 |          | was in.  So, but that's basically what happened. |
| 17 |          | |
| 18 | Adkins:  | Okay.  According to the Letter of Investigation, there are no steps |
| 19 |          | described. |
| 20 |          | |
| 21 | Hitt:    | Right. |
| 22 |          | |
| 23 | Adkins:  | It's, that there was a banner test placed? |
| 24 |          | |
| 25 | Hitt:    | Yeah, that's right. |
| 26 |          | |
| 27 | Adkins:  | And there was a locomotive, that you were in the control of the |
| 28 |          | locomotive? |
| 29 |          | |
| 30 | Hitt:    | Correct. |
| 31 |          | |
| 32 | Adkins:  | Alright.  So you were operating the 2036? |
| 33 |          | |
| 34 | Hitt:    | Correct. |
| 35 |          | |
| 36 | Adkins:  | You did encounter a banner? |
| 37 |          | |
| 38 | Hitt:    | Yes, sir. |
| 39 |          | |
| 40 | Adkins:  | You did not run over the banner? |
| 41 |          | |
| 42 | Hitt:    | Correct. |
| 43 |          | |
| 44 | Adkins:  | And in your opinion, you stopped within ½ the range of vision? |
| 45 |          | |

- 29 -

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Hitt: | In compliance with Rule 300.4, yes, sir. |
| 2 | | |
| 3 | Adkins: | Okay.  While, let's just change the scenario a little bit.  Had you |
| 4 | | been approaching the end of the track where you would spot the |
| 5 | | car, is that what's going to happen?  Those cars are for an |
| 6 | | outbound train? |
| 7 | | |
| 8 | Hitt: | Yeah, I believe those were for an outbound train. |
| 9 | | |
| 10 | Adkins: | Okay.  So when you finish working with a cut of cars and you're |
| 11 | | going to take them and place them for an outbound train, what |
| 12 | | procedure, what happens?  How does that work? |
| 13 | | |
| 14 | Hitt: | Well, depending on whether they'd be spotted on the north end or |
| 15 | | south end, in this case these cars were spotted on the north end, I |
| 16 | | was bringing them to the north end, they're spotted where there is |
| 17 | | a marker where to place the cars where they could access, easily |
| 18 | | access the air box, so I place them right there, then tie the 2 hand |
| 19 | | brakes, or tie the hand brakes necessary to hold it, necessary to |
| 20 | | pass the test, and then cut away after they passed the brake test. |
| 21 | | |
| 22 | Adkins: | So in this instance you were traveling northward, and you were |
| 23 | | spotting cars for an alleged northbound track? |
| 24 | | |
| 25 | Hitt: | Yes, sir, that's right. |
| 26 | | |
| 27 | Adkins: | And this is a planned place to spot or stop and place these cars? |
| 28 | | |
| 29 | Hitt: | Yes, sir, that's right. |
| 30 | | |
| 31 | Adkins: | So when you're approaching that planned area where the cars |
| 32 | | would be placed, how do you stop the train? |
| 33 | | |
| 34 | Hitt: | Well, I slowly bring it down to a stop.  Sometimes I'll put it in 4, |
| 35 | | or couple, or just slowly bring it down to a stop. |
| 36 | | |
| 37 | Adkins: | Ever use brakes? |
| 38 | | |
| 39 | Hitt: | Yes.  That's, when you use your selector and bring it down from 7 |
| 40 | | to 4 to couple, that's applying the brakes as you do that. |
| 41 | | |
| 42 | Adkins: | So when you approached the banner, did you do that? |
| 43 | | |
| 44 | Hitt: | No, sir, I just, I put it in emergency. |
| 45 | | |

- 30 -

| 1 | Adkins: | Why? |
|---|---|---|
| 2 | | |
| 3 | Hitt: | Because, as I said, the banner was only about 3 cars away, and I |
| 4 | | wasn't sure I'd be able to stop before hitting the banner. |
| 5 | | |
| 6 | Adkins: | What speed were you traveling at? |
| 7 | | |
| 8 | Hitt: | I had my selector in 7. |
| 9 | | |
| 10 | Adkins: | So what does 7 mean? |
| 11 | | |
| 12 | Hitt: | 7 usually means anywhere between 7 and 7.7 or 8, depending on |
| 13 | | the grade, the tonnage I have, and that kind of thing. |
| 14 | | |
| 15 | Adkins: | Okay.  From 7 to 7.8 miles per hour?  Kilometers per hour? |
| 16 | | |
| 17 | Hitt: | Yeah, well, miles per hour. |
| 18 | | |
| 19 | Adkins: | Okay.  So it's not run 7? |
| 20 | | |
| 21 | Hitt: | Not exactly 7, no. |
| 22 | | |
| 23 | Adkins: | Alright. |
| 24 | | |
| 25 | Hitt: | Not continually. |
| 26 | | |
| 27 | Adkins: | How many cars did you have on the … |
| 28 | | |
| 29 | Hitt: | That I'm not certain of.  I believe it was, you know, between 20 |
| 30 | | and 25. |
| 31 | | |
| 32 | Adkins: | Was it something overly heavy? |
| 33 | | |
| 34 | Hitt: | I guess that's relative.  Yeah, it was somewhat heavy. |
| 35 | | |
| 36 | Adkins: | So in a perfect world, and we'll just say that the banner is the |
| 37 | | planned point of, that you know you're going to stop. |
| 38 | | |
| 39 | Hitt: | Um-hmm. |
| 40 | | |
| 41 | Adkins: | How would you, you stated that you would throttle down, and that |
| 42 | | would be applying the brakes, and that would gradually slow you |
| 43 | | down? |
| 44 | | |
| 45 | Hitt: | Um-hmm. |

HITT, J. S., 209967                     AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| Adkins: | That is correct?  Okay.  So in this instance, you were traveling roughly between 7 to 7.8 miles per hour, and the download reflects that.  And then we'll say that there was 3 car lengths of room and you stopped in a car and a half.  Is that fair to say? | |
| Hitt: | Yes, sir. | |
| Adkins: | Okay.  But that was with placing the train in emergency? | |
| Hitt: | Yes, sir. | |
| Adkins: | So if you knew you were going to stop where the banner was, understand that you don't know that the banner's there, you come around the curve and you see it's there, and then you have to take action, and which you did, correct? | |
| Hitt: | Um-hmm. | |
| Adkins: | If you knew that you were going to stop in 3 to 5 car lengths, what would be the differences in the way you handled the RCO as opposed to the way that you handled it around 19:20 hours on January 21st? | |
| Hitt: | I would've throttled down, if that explains what coming to a stop at the north end when I got there. | |
| Adkins: | Okay.  So the banner is a known place of stop.  You know, in this scenario, you know you're going to stop at the banner.  So would that be 3 car lengths away, would that be 10 car lengths away, 20?  How, walk me through how you would do that. | |
| Hitt: | I'm sorry, could you rephrase that? | |
| Adkins: | Alright.  So the banner … | |
| Hitt: | Um-hmm. | |
| Adkins: | It's a known place you're going to stop.  You know that you're going to stop … | |
| Hitt: | Um-hmm. | |

HITT, J. S., 209967                   AUTHENTICATED                   328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Adkins: | … at that banner.  So you're in control of the movement.  Now |
| 2 | | you're going to throttle down and apply the brakes.  How long is it |
| 3 | | going to take you to make a controlled stop? |
| 4 | | |
| 5 | Hitt: | Oh. |
| 6 | | |
| 7 | Adkins: | A planned stop. |
| 8 | | |
| 9 | Hitt: | Okay, I gotcha.  That would probably take, that would probably |
| 10 | | take about 6 or 7 cars, roughly.  Depending on, I guess we're |
| 11 | | talking about the same tonnage I had ahold of? |
| 12 | | |
| 13 | Adkins: | Yeah. |
| 14 | | |
| 15 | Hitt: | Okay. |
| 16 | | |
| 17 | Adkins: | Same scenario, everything's … |
| 18 | | |
| 19 | Hitt: | Yeah, same scenario, I gotcha, okay. |
| 20 | | |
| 21 | Adkins: | Just the difference between where you know you're going to stop |
| 22 | | and then, oh, I got to stop. |
| 23 | | |
| 24 | Hitt: | Yeah.  Oh, I'd say 6, 7, 8 cars, roughly, something of that nature. |
| 25 | | |
| 26 | Adkins: | Alright.  Why did you utilize the emergency feature as opposed to |
| 27 | | the throttle as you just described in braking? |
| 28 | | |
| 29 | Hitt: | Because if I'd have used the throttle, as I've just explained, I don't |
| 30 | | believe I would have been able to stop. |
| 31 | | |
| 32 | Adkins: | So you would've run over the banner? |
| 33 | | |
| 34 | Hitt: | Yes, sir, that's correct. |
| 35 | | |
| 36 | Adkins: | So on the RCO box itself, is there an independent feature? |
| 37 | | |
| 38 | Hitt: | Yes. |
| 39 | | |
| 40 | Adkins: | And what would be an application where you would use the |
| 41 | | independent feature? |
| 42 | | |
| 43 | Hitt: | Well, now I don't think, or I know that they don't want you to use |
| 44 | | that feature anymore.  When you're coming to a stop, used to be |
| 45 | | they would want you to use it, but when you're coming to a stop, |

- 33 -

| | | |
|---|---|---|
| 1 | | they want you to use the speed selector and throttle down, like I |
| 2 | | explained a while ago.  So it used to be where they would allow |
| 3 | | you to put the speed selector in coast and then use the independent |
| 4 | | brake, you know, low, medium, and then stop that way.  They, a |
| 5 | | few years ago, I can't remember how long now, but they really |
| 6 | | don't want you to use that feature anymore, so the way that they |
| 7 | | instruct you, instruct us to stop in our training is to throttle down |
| 8 | | on the speed selector. |
| 9 | | |
| 10 | Adkins: | On January 21st on or about 19:20 hours, did you use that feature to |
| 11 | | stop the movement? |
| 12 | | |
| 13 | Hitt: | The independent brake, or the throttle down? |
| 14 | | |
| 15 | Adkins: | No, the throttle-down feature. |
| 16 | | |
| 17 | Hitt: | No, sir. |
| 18 | | |
| 19 | Adkins: | So you used emergency application? |
| 20 | | |
| 21 | Hitt: | Correct. |
| 22 | | |
| 23 | Adkins: | And it worked? |
| 24 | | |
| 25 | Hitt: | Yes, sir. |
| 26 | | |
| 27 | Adkins: | I have no further questions for Mr. Hitt. |
| 28 | | |
| 29 | Head: | Mr. Hitt, the banner, as the Carrier's witness explained, simulates a |
| 30 | | plethora of things.  End of train, car, children playing, broken rail. |
| 31 | | How would you have stopped had you encountered a broken rail in |
| 32 | | that same amount of time? |
| 33 | | |
| 34 | Hitt: | I would've … |
| 35 | | |
| 36 | Head: | Would you throttle down, or … |
| 37 | | |
| 38 | Hitt: | No, my understanding it's to simulate all those things, and so I |
| 39 | | would have reacted the same exact way, knowing that it wouldn't |
| 40 | | have caused a derailment, it wouldn't have broken a knuckle or |
| 41 | | anything of that nature.  So, yeah, I would've operated the same |
| 42 | | way. |
| 43 | | |
| 44 | Head: | Anywhere in Carrier's Exhibit 2 or 3 does it state you cannot use |
| 45 | | the emergency application? |

HITT, J. S., 209967                  AUTHENTICATED              328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Hitt: | No, sir, it does not. |
| 3 | | |
| 4 | Head: | And according with 300.4, you were using other than main or |
| 5 | | signaled track, and obviously, you were moving at a speed just |
| 6 | | stop, you were able to stop within ½ the range of vision short of a |
| 7 | | train, a car, on-track equipment, or an obstruction.  Is that correct? |
| 8 | | |
| 9 | Hitt: | Yeah, that's correct. |
| 10 | | |
| 11 | Head: | And you did not exceed 10 mile an hour? |
| 12 | | |
| 13 | Hitt: | I did not. |
| 14 | | |
| 15 | Head: | Carrier's witness, the Carrier's witness testified earlier 550.1 in |
| 16 | | CSX 3, excuse me, 4, and it said the purpose of not wanting, of the |
| 17 | | severe slack changes was to prevent a derailment or excessive |
| 18 | | amount of buck, which would cause a derailment.  Did you derail |
| 19 | | that day? |
| 20 | | |
| 21 | Hitt: | No, sir, I did not. |
| 22 | | |
| 23 | Head: | Do you know if your cars had cleared the 6 west switch at this |
| 24 | | point? |
| 25 | | |
| 26 | Hitt: | I don't know if they did or not at that point. |
| 27 | | |
| 28 | Head: | I have no further questions. |
| 29 | | |
| 30 | Adkins: | I'm going to ask you just 1 question, then I'm going to bring Nick |
| 31 | | back in.  But just to ensure, you stopped short, and no damage was |
| 32 | | incurred to any railcars, moving equipment or anything? |
| 33 | | |
| 34 | Hitt: | That's correct. |
| 35 | | |
| 36 | Adkins: | Mr. Head, any questions for Mr. Hitt? |
| 37 | | |
| 38 | Head: | No, sir. |
| 39 | | |
| 40 | Adkins: | Alright, at this time I'm going to call Mr. Smith back, and we'll |
| 41 | | end up getting this thing wrapped up.  The time is 14:46.  Take a |
| 42 | | short break. |
| 43 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| 1 | | Alright, the time is 14:56, we're back on record.  Brought Mr. |
| 2 | | Smith back in here.  Mr. Smith, are there any rules, regulations, |
| 3 | | and/or procedures that are applicable in this Investigation? |
| 4 | | |
| 5 | Smith: | Yes. |
| 6 | | |
| 7 | Adkins: | What are they? |
| 8 | | |
| 9 | Smith: | 300.4, which is marked Carrier Exhibit #2, #4: |
| 10 | | |

11     *Trains using other than main or signaled tracks must move at a*
12     *speed that permits stopping within one-half the range of vision,*
13     *short of a train, a car, on-track equipment, an obstruction, a stop*
14     *signal, a derail, or an improperly lined switch, and must not*
15     *exceed:*
16
17     And then the next one is …
18

| 19 | Adkins: | No, we'll just go with 300.4.  Alright, how is this, how was 300.4 |
| 20 | | applicable? |
| 21 | | |

22    Smith:     It is applicable because the Y29321 foreman, Mr. Hitt, did not
23     move at a speed that permitted *stopping within one-half the range*
24     *of vision, prepared to stop short of a train, a car, on-track*
25     *equipment, an obstruction, a stop signal, a derail, or an*
26     *improperly lined switch.*  The reason why he was not, or the way
27     he was not moving at a range to stop that, for 1, placed his train in
28     emergency and was not planning ahead to get a, slow his train
29     down to stop, as well as he had moved more than half the range of
30     vision before coming to a stop.
31

| 32 | Adkins: | So in your opinion, Mr. Smith, did Mr. Hitt comply with this rule? |
| 33 | | |
| 34 | Smith: | No. |
| 35 | | |
| 36 | Adkins: | Mr. Smith, are there any other rules, regulations, and/or procedures |
| 37 | | that may be applicable in this Investigation? |
| 38 | | |
| 39 | Smith: | Yes. |
| 40 | | |
| 41 | Adkins: | What is it? |
| 42 | | |
| 43 | Smith: | Rule 5501.1, marked as Carrier Exhibit 3, #2: |
| 44 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | *Train handling requires proper planning and use of the safest and* |
| 2 | | *most efficient train-handling procedures.  Locomotive operators* |
| 3 | | *must not make rapid or severe slack changes.* |
| 4 | | |
| 5 | | As applicable, or applicable because the Y29321 foreman, Mr. |
| 6 | | Hitt, did not plan ahead to be able to stop his train within half the |
| 7 | | range of vision without using the emergency brake application, and |
| 8 | | putting your train in emergency is not the safest and most efficient |
| 9 | | train-handling procedure. |
| 10 | | |
| 11 | Adkins: | Mr. Smith, in your opinion, did Mr. Hitt comply with this rule? |
| 12 | | |
| 13 | Smith: | No. |
| 14 | | |
| 15 | Adkins: | I have no further questions for Mr. Smith.  Mr. Head, do you have |
| 16 | | any questions for Mr. Smith? |
| 17 | | |
| 18 | Head: | Yes, sir.  Mr. Smith, are we here to develop your opinions, or to |
| 19 | | develop facts? |
| 20 | | |
| 21 | Smith: | We're here to develop facts. |
| 22 | | |
| 23 | Head: | I'd like to point out a fact.  At this time I'd like to enter a 5-page |
| 24 | | document.  It's the Boyles Terminal Subdivision bulletins which, |
| 25 | | you know, we all must carry while on duty. |
| 26 | | |
| 27 | Adkins: | We'll make that Exhibit #10.  Do you have multiple copies? |
| 28 | | |
| 29 | Head: | No, I don't, I'm sorry, I thought I **[inaudible _____ 01:29:10]**. |
| 30 | | |
| 31 | Adkins: | At least 2, 1 for the record and 1 for me. |
| 32 | | |
| 33 | Head: | Yes, sir. |
| 34 | | |
| 35 | Unknown: | Can you make 3, please? |
| 36 | | |
| 37 | Head: | Yeah. |
| 38 | | |
| 39 | Unknown: | That way **[inaudible _____ 01:29:22]**. |
| 40 | | |
| 41 | Head: | Yeah.  Hold on. |
| 42 | | |
| 43 | Unknown: | Yours is face-down, this one's face-up. |
| 44 | | |
| 45 | Unknown: | Thank you. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Adkins: | Okay, we'll make this Exhibit #10.  Alright, in the process of |
| 3 | | entering this into the record, please state what is applicable in |
| 4 | | Exhibit #10. |
| 5 | | |
| 6 | Head: | Okay, so like if you read the top, I got, I guess I'd just kind of |
| 7 | | explain it.  It says, *CSX Transportation, December 28, 2018,* |
| 8 | | *Boyles Terminal Subdivision Bulletin 100, To:  T&E crews and all* |
| 9 | | *concerned.  2019 1st Quarter Division Bulletin Reissue  Effective:* |
| 10 | | *00:01 hours, January 1st, 2019.*  And if you look at the very |
| 11 | | bottom, it'll say Page 1 of 5, and then of course they'll correspond, |
| 12 | | 2, 3, 4, and 5.  What we'll be looking at will be Page, of course it's |
| 13 | | the cover part on Page 1, and then Page 2, and page 3.  4 and 5 are |
| 14 | | really just completion of the document.  If you would like those |
| 15 | | entered, I can put them in. |
| 16 | | |
| 17 | Adkins: | Well, no, we'll make, we'll make it just 1 ... |
| 18 | | |
| 19 | Head: | Okay. |
| 20 | | |
| 21 | Adkins: | ... exhibit, sir.  With this bulletin. |
| 22 | | |
| 23 | Head: | Yes, sir. |
| 24 | | |
| 25 | Adkins: | Alright, so please proceed. |
| 26 | | |
| 27 | Head: | Okay, Page 2 talks about modification of Operating Rule 300.4 |
| 28 | | showing that Mr. Smith has entered a document that is outdated. |
| 29 | | This is the new version of that rule. |
| 30 | | |
| 31 | | *Operating Rule 300.4 Bullet Points C. and D. are changed as* |
| 32 | | *follows.  All other requirements of 300.4 remain in effect on all* |
| 33 | | *tracks.* |
| 34 | | |
| 35 | | *1.   The following speeds must not be exceeded when operating* |
| 36 | | *through the type of switch listed:* |
| 37 | | |
| 38 | | *300.4 Bullet C. Table* |
| 39 | | |
| 40 | | *Type of switch, Speed, Power Operated, 15 mile an hour, Hand* |
| 41 | | *Operated 10.* |
| 42 | | |
| 43 | | And then we turn to Page 3, it continues the table and actually lists |
| 44 | | specific tracks for Boyles Terminal itself.  I'd like to pay attention |
| 45 | | to the dotted line about midway through the page, it says *D02* |

HITT, J. S., 209967          AUTHENTICATED          328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | *through D12,* which would be where Mr. Hitt was operating that |
| 2 | | day, and it states *15 miles per hour.*  Cause he was in D06, if I |
| 3 | | remember correctly.  Is that right, Mr. Smith? |
| 4 | | |
| 5 | Smith: | Yes, sir. |
| 6 | | |
| 7 | Head: | And once again, this document does not show that you're not |
| 8 | | allowed to use the emergency brake application to stop. |
| 9 | | |
| 10 | Adkins: | Mr. Head, do you have any further questions? |
| 11 | | |
| 12 | Head: | Mr., yes, sir.  Mr. Smith, on Page 3 of this document that we are |
| 13 | | talking about, I just want to make sure we're all clear for the |
| 14 | | readers of the transcript.  Was Mr. Hitt operating, towards the |
| 15 | | middle of the page there where it says D02 to D06 on Page 3, and |
| 16 | | it says 15 miles per hour, is that correct? |
| 17 | | |
| 18 | Smith: | Was he operating 15 mile per hour? |
| 19 | | |
| 20 | Head: | Was he operating in this column? |
| 21 | | |
| 22 | Smith: | In the D02 to D12? |
| 23 | | |
| 24 | Head: | Yes, sir. |
| 25 | | |
| 26 | Smith: | Yes. |
| 27 | | |
| 28 | Head: | Was he operating at a speed less than 15 miles per hour? |
| 29 | | |
| 30 | Smith: | Yes. |
| 31 | | |
| 32 | Head: | And the track speed for that track is 15 mile per hour, is that |
| 33 | | correct? |
| 34 | | |
| 35 | Smith: | Up to 15 mile per hour, yes. |
| 36 | | |
| 37 | Head: | Once again, we didn't measure to see how many feet Mr. Hitt |
| 38 | | stopped from the simulated obstruction? |
| 39 | | |
| 40 | Smith: | It wasn't measured, but it was visually looked at and walked off by |
| 41 | | myself. |
| 42 | | |
| 43 | Head: | But you don't recall how many, you don't know your pace count? |
| 44 | | |
| 45 | Smith: | I don't remember how many paces it was, no, sir. |

HITT, J. S., 209967                 AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Head: | And he did stop short of the test? |
| 3 | | |
| 4 | Smith: | Yeah, he stopped roughly 1 car short of the banner. |
| 5 | | |
| 6 | Head: | You know the length of a auto rack? |
| 7 | | |
| 8 | Smith: | 90 feet, 89 to 90 feet. |
| 9 | | |
| 10 | Head: | So in railroad terms, that's a car and a half when we talk 50-foot |
| 11 | | boxcars. |
| 12 | | |
| 13 | Smith: | If you break it down in 50-foot boxcars, how many auto racks are |
| 14 | | we talking? |
| 15 | | |
| 16 | Head: | You said 1 auto rack. |
| 17 | | |
| 18 | Smith: | He was 1 auto rack, yes. Roughly 1 auto rack away from it, so |
| 19 | | roughly 89 feet. If you take 50 cars, boxcars in account, that's |
| 20 | | 1.78 cars. |
| 21 | | |
| 22 | Head: | Or close to 2 cars? |
| 23 | | |
| 24 | Smith: | 1¾, yes. |
| 25 | | |
| 26 | Head: | 1¾? And you said he was 3 cars away? |
| 27 | | |
| 28 | Smith: | Yes. |
| 29 | | |
| 30 | Head: | So he would have been, well, we've also determined that that |
| 31 | | camera does not have 180-degree view, is that correct? |
| 32 | | |
| 33 | Smith: | It does not look out to the left or the right, it does have a peripheral |
| 34 | | vision from the front end, though. But it does not look out to the |
| 35 | | left or the right, no. |
| 36 | | |
| 37 | Head: | I have no further questions at this time. |
| 38 | | |
| 39 | Adkins: | Mr. Smith, per Exhibit #10 and the page that indicates D02 |
| 40 | | through D12, does that state a maximum speed to operate in those |
| 41 | | tracks? |
| 42 | | |
| 43 | Smith: | It's up to and not exceed. It's not a, you have to operate at 15 mile |
| 44 | | per hour. |
| 45 | | |

| | | |
|---|---|---|
| 1 | Adkins: | So 15 MPH would be the maximum? |
| 2 | | |
| 3 | Smith: | Yes. |
| 4 | | |
| 5 | Adkins: | And what kind of track is that? |
| 6 | | |
| 7 | Smith: | It's a yard track. |
| 8 | | |
| 9 | Adkins: | What are the requirements for a yard track? |
| 10 | | |
| 11 | Smith: | Being able to stop within half the range of vision.  Operating, |
| 12 | | being able to stop short of, let me refer back to 300.4, I'm sorry. |
| 13 | | |
| 14 | Head: | Excuse me, Mr. Smith, this is 300.4 when you take into account |
| 15 | | that this is the most current document. |
| 16 | | |
| 17 | Smith: | 300.4 is still in effect, the only thing that changed was the speeds, |
| 18 | | which would be (a) through (e).  The body of the paragraph with |
| 19 | | which Mr. Hitt is being charged was not changed in this.  So you |
| 20 | | are correct, Mr. Head. |
| 21 | | |
| 22 | Adkins: | So we'll refer back to a question that Mr. Head asked you earlier, |
| 23 | | Mr. Smith.  The purpose of the Investigation is to bring out the |
| 24 | | facts.  But in bringing out the facts, you were the testing officer, |
| 25 | | then you have your personal opinion as to how the movement was |
| 26 | | stopped and what the rules state? |
| 27 | | |
| 28 | Smith: | It's not opinion, it's facts.  The movement was stopped based off |
| 29 | | emergency brake application. |
| 30 | | |
| 31 | Adkins: | I understand that, Mr. Smith.  So is it your opinion? |
| 32 | | |
| 33 | Smith: | No.  I mean, my opinion, I guess I don't understand your question. |
| 34 | | |
| 35 | Adkins: | My job is to hold a fair and impartial Investigation. |
| 36 | | |
| 37 | Smith: | Right. |
| 38 | | |
| 39 | Adkins: | My job is to bring out the relevant facts that are pertinent to the |
| 40 | | Letter of Investigation. |
| 41 | | |
| 42 | Smith: | Okay. |
| 43 | | |
| 44 | Adkins: | You were the testing officer. |
| 45 | | |

| 1 | Smith: | That is correct. |
| 2 | | |
| 3 | Adkins: | You observed what happened. |
| 4 | | |
| 5 | Smith: | That's correct. |
| 6 | | |
| 7 | Adkins: | So do you not have an opinion as to what happened? |
| 8 | | |
| 9 | Smith: | Oh, yes, I … |
| 10 | | |
| 11 | Adkins: | How it happened? |
| 12 | | |
| 13 | Smith: | Yes, I have an opinion of what happened. |
| 14 | | |
| 15 | Adkins: | So your opinion is permitted... |
| 16 | | |
| 17 | Smith: | Yes. |
| 18 | | |
| 19 | Adkins: | … in this Investigation. |
| 20 | | |
| 21 | Smith: | Yes. |
| 22 | | |
| 23 | Adkins: | Thank you.  Mr. Head? |
| 24 | | |
| 25 | Head: | Just 1 question.  Mr. Smith, is there a reason why Exhibit 10 was |
| 26 | | not entered? |
| 27 | | |
| 28 | Smith: | Exhibit 10 is what was just replaced **[inaudible _____ 01:40:27]** |
| 29 | | right here. |
| 30 | | |
| 31 | Head: | You mean entered by me? |
| 32 | | |
| 33 | Smith: | Yes.  Because the part in, that you had just entered with the |
| 34 | | modifications to the Rule 300.4, it says *Operating Rule 300.4,* |
| 35 | | *Bullet Points C. and D. are changed as follows*.  I mentioned |
| 36 | | earlier in the Investigation that Mr. Hitt was not being charged |
| 37 | | with exceeding the track speed, Mr. Hitt was being charged with |
| 38 | | not being able to stop within half the range of vision.  So the body |
| 39 | | of 300.4 that I entered still applies, the only thing that's changed is |
| 40 | | the speeds. |
| 41 | | |
| 42 | Head: | Did you not testify that (d) is the portion of what Mr. Hitt, when |
| 43 | | you felt like he was, you said (a), (b), (c) and (e) do not apply, |
| 44 | | however, (d) does. |
| 45 | | |

- 42 -

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| 1 | Smith: | (d) would apply to that, but he did not fail (d).  He was in |
| 2 | | compliance with being less than … |
| 3 | | |
| 4 | Head: | In Carrier's Exhibit 2, this is not the most up-to-date form of this, is |
| 5 | | that correct? |
| 6 | | |
| 7 | Smith: | For (a), (b), (c), and (e), no.  It, the most recent is the one that you |
| 8 | | read in as Carrier's Exhibit 10, the rule in which Mr. Hitt was |
| 9 | | charged with that I read in is the most current, yes. |
| 10 | | |
| 11 | Head: | No, sir.  Carrier's Exhibit 10 is the most current, is that, is that not |
| 12 | | correct? |
| 13 | | |
| 14 | Smith: | It is the most current modification to that rule, yes. |
| 15 | | |
| 16 | Head: | But you didn't enter the complete rule, is that correct? |
| 17 | | |
| 18 | Smith: | I entered the: |
| 19 | | |
| 20 | | *Trains using other than main or signaled tracks must move at a* |
| 21 | | *speed that permits stopping within one-half the range of vision,* |
| 22 | | *short of a train, a car, on-track equipment, an obstruction, a stop* |
| 23 | | *signal, a derail, or an improperly lined switch.* |
| 24 | | |
| 25 | Head: | And did Mr. Hitt stop short all of those? |
| 26 | | |
| 27 | Smith: | He stopped 1 car length short of the banner, yes. |
| 28 | | |
| 29 | Head: | With a roughly 74 feet?  Or, excuse me, we said 94 feet. |
| 30 | | |
| 31 | Smith: | What are you asking me, Mr. Head? |
| 32 | | |
| 33 | Head: | **[inaudible _____ 01:42:56]**.  Yes, I was asking you. |
| 34 | | |
| 35 | Smith: | No, I'm asking, I'm asking you, what was the question that you're |
| 36 | | asking? |
| 37 | | |
| 38 | Head: | Which was roughly how many feet? |
| 39 | | |
| 40 | Smith: | An auto rack is roughly 89 feet. |
| 41 | | |
| 42 | Head: | 89.  More than the railroad **[inaudible _____ 01:43:18]** 1 car? |
| 43 | | |
| 44 | Smith: | Uhmm. |
| 45 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Head: | What's the rule if you're giving car counts, it's in what sort of |
| 2 | | increment? |
| 3 | | |
| 4 | Smith: | You're supposed to give car counts in 50 car counts. |
| 5 | | |
| 6 | Head: | In 50-foot, I'm sorry? |
| 7 | | |
| 8 | Smith: | 50 foot. |
| 9 | | |
| 10 | Head: | Okay.  I have no further questions at this time. |
| 11 | | |
| 12 | Adkins: | Mr. Hitt, do you have any questions for Mr. Smith? |
| 13 | | |
| 14 | Hitt: | Yeah, I've got a couple. |
| 15 | | |
| 16 | Adkins: | Please proceed. |
| 17 | | |
| 18 | Hitt: | Alright, thank you.  In relation to where I stopped my train relative |
| 19 | | to the location of the banner, is it a fact that a proper measuring |
| 20 | | device was not utilized to measure where I stopped? |
| 21 | | |
| 22 | Smith: | What would you consider a proper measuring device? |
| 23 | | |
| 24 | Hitt: | What would you consider a proper measuring device? |
| 25 | | |
| 26 | Adkins: | Mr. Smith, if you would, don't ask any questions.  Answer the |
| 27 | | question to your best ability. |
| 28 | | |
| 29 | Smith: | Okay.  I don't know what a proper measuring device is, so I would |
| 30 | | say … |
| 31 | | |
| 32 | Hitt: | Okay. |
| 33 | | |
| 34 | Smith: | … I don't know. |
| 35 | | |
| 36 | Hitt: | Okay.  Would you believe a tape measure would fall in the area of |
| 37 | | a proper measuring device … |
| 38 | | |
| 39 | Smith: | Yes. |
| 40 | | |
| 41 | Hitt: | … to give you an accurate measurement of where 2 things are in |
| 42 | | relation to each other? |
| 43 | | |
| 44 | Smith: | Yes. |
| 45 | | |

- 44 -

HITT, J. S., 209967          AUTHENTICATED          328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Hitt: | Okay, so let me rephrase that. Is it a fact that a proper measuring device was not utilized to measure where I stopped in relation to the banner? |
| 5<br>6 | Smith: | A tape measure was not used, no. |
| 7<br>8 | Hitt: | So a proper measuring device was not used? |
| 9<br>10<br>11 | Smith: | If you, yeah, if you consider that's a proper measuring device, which I do, then I guess the question would be yes. |
| 12<br>13<br>14 | Hitt: | And tell me again how you measured, you came up with the, with the assumption of the footage, how did you measure? |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | Smith: | I got the download of the locomotive, and then I got the LDVR off the camera, the LDVR, paced off the footage of the LDVR. When the engine came around the curve and you could see the banner in the curve, there was roughly 3 auto racks, which we determined 89 foot, 267 feet, of room between the banner and when you could first see it. And then it stopped short 1 car length, that was made on a visual when I was walking up to the engine, I had the banner at the end of 1 car, at 1 of the auto racks, and then when I walked up to the engine, it was roughly 89 feet away, so if that's, that's how that determination was made. |
| 26<br>27<br>28<br>29 | Hitt: | Okay, so I'm hearing words as roughly and estimation and that kind of thing, so there was no properly accurate absolute measuring device used **[inaudible _____ 01:46:24]**? |
| 30<br>31 | Smith: | There was no exact position. |
| 32<br>33<br>34<br>35 | Hitt: | Okay. 1 more question. In any evidence that you presented today, have you factually proven that emergency application is not permitted? |
| 36<br>37 | Smith: | Based on … |
| 38<br>39<br>40 | Adkins: | Mr. Hitt, you need to word your questions to the application of the Letter of Investigation. |
| 41<br>42 | Hitt: | Well, with all due respect … |
| 43<br>44<br>45 | Adkins: | I understand. You need to word your questions to the Letter of the Investigation. Emergency application was utilized, correct? |

- 45 -

HITT, J. S., 209967                          AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Hitt: | Yes. |
| 2 | | |
| 3 | Adkins: | Okay. |
| 4 | | |
| 5 | Hitt: | But my question is, where is it forbidden, is my question.  I |
| 6 | | apologize if it didn't come out that way. |
| 7 | | |
| 8 | Adkins: | Okay.  That sounds right. |
| 9 | | |
| 10 | Hitt: | Okay.  I apologize.  I retract that question, then.  Have you |
| 11 | | provided any evidence to indicate that emergency application is |
| 12 | | forbidden in the movement that we're discussing here? |
| 13 | | |
| 14 | Smith: | The rules that I entered, 300.4 and 5501, yes. |
| 15 | | |
| 16 | Hitt: | Can you show me where it says emergency application is |
| 17 | | forbidden, please? |
| 18 | | |
| 19 | Smith: | It says that, doesn't say emergency application, it says that *must* |
| 20 | | *move at a speed that permits stopping within one-half the range of* |
| 21 | | *vision.*  And 300.4 and 5501 it says, *Train handling requires* |
| 22 | | *proper planning and the use of safe and most efficient train-* |
| 23 | | *handling procedures.*  These were the rules that you were charged |
| 24 | | with, Mr. Hitt. |
| 25 | | |
| 26 | Hitt: | Okay, so, okay, so we don't have anywhere in there where |
| 27 | | emergency application is forbidden?  Not … |
| 28 | | |
| 29 | Smith: | The actual words emergency application is forbidden?  No, it's not |
| 30 | | in the body of the … |
| 31 | | |
| 32 | Hitt: | Or emergency application. |
| 33 | | |
| 34 | Smith: | Emergency application in what I read, no, it's not in there. |
| 35 | | |
| 36 | Hitt: | Okay.  I don't have any more questions. |
| 37 | | |
| 38 | Adkins: | Mr. Smith, I have no further questions for you.  Mr. Head, do you |
| 39 | | have any further questions of Mr. Hitt? |
| 40 | | |
| 41 | Head: | No, sir. |
| 42 | | |
| 43 | Adkins: | And I will, we're closing the Investigation, I am releasing Mr. |
| 44 | | Smith.  Mr. Hitt, are you rules-qualified? |
| 45 | | |

HITT, J. S., 209967              AUTHENTICATED              328474-1-0130.19
Investigation

| 1 | Hitt: | Yes. |
|---|---|---|
| 3 | Adkins: | Do you recall when your last rules exam was? |
| 5 | Hitt: | I believe it was in the summer of 2018. |
| 7 | Adkins: | Mr. Hitt, Mr. Smith read Rule 300.4.  Mr. Head entered an Exhibit #10, which is Subdivision Bulletin 100 that's an amendment to 300.4.  Do you understand this rule and your obligation in complying with it? |
| 12 | Hitt: | Yes, sir, I do. |
| 14 | Adkins: | Did you comply with this rule? |
| 16 | Hitt: | Yes, sir, I did. |
| 18 | Adkins: | Please state how. |
| 20 | Hitt: | Well, the rule states a maximum speed of not exceeding 15 miles per hour in between D02 and D12, which would be where this, which would fall in where we're talking about here, since I was in D06, so I complied with this rule. |
| 25 | Adkins: | Alright, Mr. Hitt, you also asked Mr. Smith about a measuring device.  So when you made your stop, did you have a measuring device to measure the distance between the locomotive and the flag, the banner? |
| 30 | Hitt: | No, sir, I did not. |
| 32 | Adkins: | So do you have an estimate as to what the distance was between the equipment and your CSXT 2036 and the banner? |
| 35 | Hitt: | It would be an estimation. |
| 37 | Adkins: | So … |
| 39 | Hitt: | It would be about 2 cars. |
| 41 | Adkins: | So you estimate it to be 2 cars?  And what did Mr. Smith estimate it at? |
| 44 | Hitt: | What did he say?  I've heard all, just 1 car.  1 car, yeah. |

- 47 -

HITT, J. S., 209967            AUTHENTICATED                 328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Adkins: | So is an estimate a fact? |
| 2 | | |
| 3 | Hitt: | No, sir, it's not. |
| 4 | | |
| 5 | Adkins: | That'd be an opinion? |
| 6 | | |
| 7 | Hitt: | Yes, sir, it would be. |
| 8 | | |
| 9 | Adkins: | A guess? |
| 10 | | |
| 11 | Hitt: | Yes, sir. |
| 12 | | |
| 13 | Adkins: | A swag? |
| 14 | | |
| 15 | Hitt: | Yes, sir. |
| 16 | | |
| 17 | Adkins: | Anything but a fact? |
| 18 | | |
| 19 | Hitt: | It's not a fact, no, sir. |
| 20 | | |
| 21 | Adkins: | So would you and Mr. Smith agree on the same distance of a car |
| 22 | | length if you were making a movement? |
| 23 | | |
| 24 | Hitt: | I believe so.  I don't know … |
| 25 | | |
| 26 | Adkins: | Would it be, would it be an exact? |
| 27 | | |
| 28 | Hitt: | No, sir, it would not be exact. |
| 29 | | |
| 30 | Adkins: | So it's possible that your car count may be different than his? |
| 31 | | |
| 32 | Hitt: | Yes. |
| 33 | | |
| 34 | Adkins: | And the only way you could measure that would be with a, we |
| 35 | | would say an approved CSX measuring device? |
| 36 | | |
| 37 | Hitt: | Yes, sir, that's correct. |
| 38 | | |
| 39 | Adkins: | The tape that I have might be different from the measuring tape |
| 40 | | that you have.  Close in general … |
| 41 | | |
| 42 | Hitt: | Yeah. |
| 43 | | |
| 44 | Adkins: | … but maybe not exact. |
| 45 | | |

HITT, J. S., 209967                    AUTHENTICATED                    328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Hitt: | Right, but that would be the best way. |
| 2 | | |
| 3 | Adkins: | Okay.  So in the Investigation we pointed out that there was a stop, |
| 4 | | the banner was not run over. |
| 5 | | |
| 6 | Hitt: | That's correct. |
| 7 | | |
| 8 | Adkins: | And that you did place the movement in emergency. |
| 9 | | |
| 10 | Hitt: | That's correct. |
| 11 | | |
| 12 | Adkins: | Alright, Mr. Hitt, Mr. Smith also entered into the record 5501.1. |
| 13 | | Do you understand this rule and your obligation to comply with it? |
| 14 | | |
| 15 | Hitt: | Yes, sir, I do. |
| 16 | | |
| 17 | Adkins: | Did you comply with it? |
| 18 | | |
| 19 | Hitt: | Yes, sir. |
| 20 | | |
| 21 | Adkins: | Please state how. |
| 22 | | |
| 23 | Hitt: | Give me a moment to get back to that rule, please. |
| 24 | | |
| 25 | Adkins: | Yes. |
| 26 | | |
| 27 | Hitt: | Says *Locomotive operators must not make rapid or severe slack* |
| 28 | | *changes.*  I think that leaves a lot of room for kind of a gray area. |
| 29 | | Anytime you pull, you bring your cut of cars to a stop, there's |
| 30 | | going to be slack changes, and it could be, I don't know what's |
| 31 | | considered rapid or not, but again, he brought this into evidence for |
| 32 | | me using the emergency brake, just stopped to ensure me stopping |
| 33 | | before the banner, and again, it doesn't say anything about |
| 34 | | emergency application. |
| 35 | | |
| 36 | Adkins: | So, but in your testimony, you provided multiple ways to stop an |
| 37 | | RCO movement with one being an emergency application and the |
| 38 | | other one being a planned controlled stop with using the throttle |
| 39 | | selector that would slow the movement, slow the miles per hour |
| 40 | | down by applying the brakes and reducing the throttle? |
| 41 | | |
| 42 | Hitt: | Yes, sir, that's correct. |
| 43 | | |
| 44 | Adkins: | Okay. |
| 45 | | |

HITT, J. S., 209967                     AUTHENTICATED                     328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Hitt: | That would be the ideal way. |
| 2 | | |
| 3 | Adkins: | That would be the ideal way, but that's not what we used, but the |
| 4 | | banner was not ran over, correct? |
| 5 | | |
| 6 | Hitt: | Correct, that was not what I used because of the closeness of the |
| 7 | | banner by the time that I was in visual contact with it. |
| 8 | | |
| 9 | Adkins: | I have no further questions for Mr. Hitt.  Do you have any |
| 10 | | questions, Mr. Head? |
| 11 | | |
| 12 | Head: | Yes, sir. |
| 13 | | |
| 14 | Adkins: | Please proceed. |
| 15 | | |
| 16 | Head: | Actually, no, sir, I've already asked Mr. Hitt all the questions I |
| 17 | | care to ask him. |
| 18 | | |
| 19 | Adkins: | Okay.  Well, as stated, I have no further questions for Mr. Hitt. |
| 20 | | Mr. Hitt, do you or your Representative have any further evidence |
| 21 | | they wish to present? |
| 22 | | |
| 23 | Hitt: | No, sir, I don't. |
| 24 | | |
| 25 | Adkins: | Mr. Hitt, would you like to make a statement on your behalf? |
| 26 | | |
| 27 | Hitt: | Can I have about a 2-minute recess?  It'll be very quick, before I |
| 28 | | make my statement. |
| 29 | | |
| 30 | Adkins: | Yes, you sure can. |
| 31 | | |
| 32 | Hitt: | Okay, alright, thank you.  It won't be long. |
| 33 | | |
| 34 | Adkins: | Alright.  So the time is 15:26, we will pause for a short recess. |
| 35 | | |
| 36 | Hitt: | Thank you. |
| 37 | | |
| 38 | Adkins: | Alright, the time is 15:29, we are back on record.  Mr. Hitt, would |
| 39 | | you like to make a statement on your behalf? |
| 40 | | |
| 41 | Hitt: | Yes, sir, I would. |
| 42 | | |
| 43 | Adkins: | Please proceed. |
| 44 | | |

HITT, J. S., 209967       AUTHENTICATED       328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | Hitt: | One of the things, or the main thing that's come into question here |
| 2 | | is my ability to handle a train appropriately according to the rules, |
| 3 | | in compliance with the rules. Trainmaster Smith said that evening |
| 4 | | the reason why we can't put it in emergency is because, you know, |
| 5 | | if you're going down the main line with 100 cars, 50 miles an |
| 6 | | hour, that obviously the potential disaster that could cause. But I |
| 7 | | knew with as many cars as I had and me using the emergency |
| 8 | | application function that there would be no derailment whatsoever, |
| 9 | | no broken knuckles or anything of that nature. I've been doing this |
| 10 | | long enough to understand when that will be, you know, what are |
| 11 | | the potential dangers of using that function. |
| 12 | | |
| 13 | | So I just want to say, as close as I was to the banner, I mean, the |
| 14 | | placement of that banner right in that curve and cars being right |
| 15 | | next to that track, or right next to me in 7 west, it really hindered |
| 16 | | my vision until about 3 cars from it. I wanted to make sure, |
| 17 | | because obviously, that is to simulate an obstruction, car, |
| 18 | | equipment, a person, whatever the case, the important thing is to |
| 19 | | me stop before I get to that obstruction. And so I feel like I did |
| 20 | | comply with that, and I did so as safely as possible and with no |
| 21 | | damage done, no money cost or anything of that nature, so, but |
| 22 | | that's all I got to say. |
| 23 | | |
| 24 | Adkins: | Mr. Head, would you like to make a statement on behalf of Mr. |
| 25 | | Hitt? |
| 26 | | |
| 27 | Head: | Yes, sir. The Organization just asks that you render leniency |
| 28 | | and/or remove this from Mr. Hitt's record, as no evidence has been |
| 29 | | brought forth today placing him guilty for, it's obvious that Mr. |
| 30 | | Hitt placed his train in emergency, no one's denying that. There's |
| 31 | | just nothing been brought forth today stating that he **[inaudible** |
| 32 | | **_____ 01:58:05]** that he was not aware that he could not. We just |
| 33 | | ask that you remove this from his record, make him whole for all |
| 34 | | lost time having to deal with this incident, and just bring him back |
| 35 | | in a timely manner. He's a 14-year veteran, loves to come out here |
| 36 | | and work, he does great job. Normally don't have issues from Mr. |
| 37 | | Hitt whatsoever, just please render leniency when making the |
| 38 | | decisions in this matter today. That's all I have. |
| 39 | | |
| 40 | Adkins: | Mr. Hitt, were you present during this entire course of this |
| 41 | | Investigation? |
| 42 | | |
| 43 | Hitt: | Yes, sir, I was. |
| 44 | | |
| 45 | Adkins: | Mr. Hitt, did you hear all testimony given? |

HITT, J. S., 209967          AUTHENTICATED          328474-1-0130.19
Investigation

| | | |
|---|---|---|
| 1 | | |
| 2 | Hitt: | Yes, sir, I did. |
| 3 | | |
| 4 | Adkins: | Mr. Hitt, were you allowed to present witnesses and evidence on |
| 5 | | your behalf? |
| 6 | | |
| 7 | Hitt: | Yes, sir. |
| 8 | | |
| 9 | Adkins: | Mr. Head, were you present during this entire course of this |
| 10 | | Investigation and heard all testimony given? |
| 11 | | |
| 12 | Head: | Yes, sir, I was. |
| 13 | | |
| 14 | Adkins: | Mr. Head, were you allowed to present witnesses and evidence on |
| 15 | | behalf of Mr. Hitt and cross-examine all witnesses who have |
| 16 | | testified? |
| 17 | | |
| 18 | Head: | Yes, sir. |
| 19 | | |
| 20 | Adkins: | Mr. Head, were you granted request for recess to confer with Mr. |
| 21 | | Hitt and make statements on his behalf? |
| 22 | | |
| 23 | Head: | Yes, sir. |
| 24 | | |
| 25 | Adkins: | This Investigation has been held for the purpose of gathering all |
| 26 | | relevant facts.  The official transcript will be carefully reviewed |
| 27 | | and all facts considered before any decision is rendered.  Are there |
| 28 | | any other further statements to be made? |
| 29 | | |
| 30 | Hitt: | No, sir. |
| 31 | | |
| 32 | Adkins: | If there are no further statements, this Investigation is concluded. |
| 33 | | The current time is 15:33 eastern standard time on the 30th day of |
| 34 | | January, current day of the week is Wednesday.  We are off record. |
| 35 | | |
| 36 | | *(End of File# 328474 - End of Investigation)* |
| 37 | | |
| 38 | | *The audio recording of this investigation was transcribed using advanced transcription* |
| 39 | | *technology.  It is the responsibility of the hearing officer to review and identify any* |
| 40 | | *errors in the transcript and return the document to Field Administration for correction* |
| 41 | | *of the final authenticated copy.* |
| 42 | | |
| 43 | | |



R. A. Thomas
Dir Sfty & Ops Pract-Southwest
Southwest - Birmingham Region
3806 Sidco Drive
Nashville, TN, 37204

January 23, 2019

**USPS 9468110200883016181911**

J. S. Hitt
Remote Control Foreman; ID No. 209967
70 Field Stone Ln.
Springville, AL, 35146

RE: File No. 328474

Dear Remote Control Foreman J. S. Hitt,

Arrange to attend a formal investigation to be held in Conference Room, 2800 Seaboard Road, Birmingham, AL, commencing at 1300 hours (CSX Time), on January 30, 2019.

The purpose of this investigation is to develop the facts and place your responsibility, if any, in connection with information received that on January 21, 2019, at approximately 1920 hours, while working Y29321, at or near Boyles, AL Terminal, you failed to follow safe train handling procedures by placing your train in emergency when approaching a banner, and all circumstances relating thereto.

**You have been placed on administrative leave pending this investigation.**

You must be fully rested under the FRA Hours of Service Law to attend the scheduled investigation. You may be represented in accordance with the provisions of your working agreement. You may arrange to have witnesses present who have knowledge of the matter under investigation; however, it will be your responsibility to arrange for their participation.

*Tony Thomas*

R. A. Thomas

cc: N. R. Smith, Trainmaster - Arrange to be present as a witness



# [ CSX ]

# EMPLOYEE OPERATING MANUAL

EFFECTIVE April 2017

Operating Rules

# Operating Rules



# Notice

These rules:

- *Are effective April 1, 2017.*
- Govern conditions and actions on railroads operated by CSX in the United States.
- Supersede all previous versions of *CSX Transportation Operating Rules & Signal Aspects and Indications.*
- Are dedicated to the men and women of CSX, to help us work as a team to provide our customers with the safest, most cost-effective, and environmentally responsible rail transportation services in the industry.

While every effort has been made to create a comprehensive set of operating rules, it is impossible to write a rule book that covers every circumstance. Therefore, where no specific rule applies, rely on good judgment and follow the safest course available.

### THIS BOOK IS THE PROPERTY OF

# CSX TRANSPORTATION

### AND ITS RAILROAD SUBSIDIARIES

### ISSUED TO:

| NAME: | JOB TITLE: |
|-------|------------|
|       |            |

**THIS BOOK MUST BE RETURNED TO A SUPERVISOR UPON DEMAND OR WHEN LEAVING SERVICE.**

Copyright © 2017 by CSX.  All rights reserved. **No part of this book may be used or reproduced in any manner without the written permission of CSX.**

Operating Rules

# Chapter 3 - Movement of Trains

## Authorized Train Speed

3.1.1 Train speeds are authorized by:

    a. Rules, or

    b. Special instructions, or

    c. Train documents, or

    d. Dispatcher messages, or

    e. Form EC-1, or

    f. Signal indications.

3.1.2 Authorized train speed:

    1. Must not be exceeded,

    2. Applies to the entire train unless otherwise specified,

    3. Must be observed even if wayside signs are not displayed, and

    4. Must be the lowest of the specified speeds if a conflict exists between authorized speeds.

3.1.3 The following terms apply when used to authorize train speed:

    a. Limited Speed: A speed not exceeding 45 MPH.

    b. Medium Speed: A speed not exceeding 30 MPH.

    c. Slow Speed: A speed not exceeding 15 MPH.

    d. Restricted Speed: A speed that permits stopping within one-half the range of vision. It also permits stopping short of a train, a car, on-track equipment, an obstruction, a Stop signal, a derail, or an improperly lined switch. It permits looking out for broken rail. It is not to exceed 15 MPH.

3.1.4 Trains using other than main or signaled tracks must move at a speed that permits stopping within one-half the range of vision, short of a train, a car, on-track equipment, an obstruction, a Stop signal, a derail, or an improperly lined switch and must not exceed:

    a. 25 MPH on non-signaled sidings; or

    b. 15 MPH when moving to and from the main track, operating through hand-operated switches not equipped with a signal; or

    c. 10 MPH when not moving to or from the main track, operating through hand-operated switches; or

    d. 10 MPH on other than main tracks or signaled tracks; or

    e. 5 MPH within designated locomotive service track or car shop repair track areas.

#3

# Air Brake Train Handling



**How tomorrow moves** ™

Effective April 1. 2017                    5501.1

# Chapter 9 - Fundamentals of Trainhandling

## 5501 - General Train Handling Requirements

**5501.1** Train Handling requires proper planning and use of the safest and most efficient train handling procedures, Locomotive Operators must not make rapid or severe slack changes.

**5501.2** When planning and executing train handling procedures the following must be considered:

1. Locomotive consist capabilities, including:

   a. Distributive Power, or

   b. Helper Locomotive

2. Train speed, weight, and length,

3. Number and position of loaded and empty cars.

4. Amount of brake pipe leakage,

5. Physical characteristics such as grade, curves, turnouts and fixed signals

6. Authorized speed, and

7. Weather conditions.

## 5502 - Tractive Effort

**5502.1** Maximum trailing tonnage for a train handled with head-end power only will not exceed the tonnage rating for two (2) CW44ACs and one (1) C40-8 or CW40-8 locomotives.

**5502.2** On grades where the tonnage limitation will be exceeded, trains must:

   a. Have a rear-end helper, or

   b. Have an appropriately positioned in-train helper, or

   c. Reduce tonnage.

**5502.3** The number of powered axles in use must not exceed 27 when pulling a train or cut of cars.

**5502.4** Helper locomotive consist must not exceed the equivalent axle value of the head end consist. When more axles than permitted are needed to move a train, the helper locomotive must be placed into the train with approximately 70% of the helper locomotive tonnage rating behind the helper locomotive.

**5502.5** When calculating powered axles the locomotive operator must:

1. Count AC locomotives as 9 axles, and

2. When necessary to reduce powered axles, isolate locomotives from the rear of the consist forward.

Air Brake Train Handling

*exhibit*
*#4*

**Smith, Nick**

*CSXT*

*2036*

| | |
|---|---|
| **From:** | Smith, Nick |
| **Sent:** | Thursday, January 24, 2019 9:13 PM |
| **To:** | Smith, Nick |
| **Subject:** | CSXT 2036 #1 |

**Session Details**

| | | | | | |
|---|---|---|---|---|---|
| **Current File:** | 5C466165.VAM | **GMT:** | 2019/01/22, 00:18:47 | **Wheel Diameter:** | 40.00 |
| **Road#:** | CSX # 2036 | **EST:** | 2019/01/21, 19:18:47 | | |



*CSXT= 2036*
*Loco for Y 29321*

1

**Smith, Nick**

exhibit #5

| | |
|---|---|
| **From:** | Smith, Nick |
| **Sent:** | Thursday, January 24, 2019 9:15 PM |
| **To:** | Smith, Nick |
| **Subject:** | CSXT 2036 #2 |

**Session Details**

| | | | | | |
|---|---|---|---|---|---|
| Current File: | 5C46617D.VAM | **GMT:** | 2019/01/22, 00:19:11 | **Wheel Diameter:** | 40.00 |
| **Road#:** | CSX # 2036 | **EST:** | 2019/01/21, 19:19:11 | | |



1

**Smith, Nick**

exhs.1 #6

| | |
|---|---|
| **From:** | Smith, Nick |
| **Sent:** | Thursday, January 24, 2019 9:18 PM |
| **To:** | Smith, Nick |
| **Subject:** | CSXT 2036 #3 |

Session Details
Current File: 5C466189.VAM    GMT:  2019/01/22, 00:19:28    Wheel Diameter:  40.00
Road#:  CSX # 2036    EST:  2019/01/21, 19:19:28



1







*Exhibit #8* ①

**Jan 21 2019 19:18:42**

Jan 17 2019 21:40:16    Scale to Video

**Playback:**

**Record Information**
Locomotive: **2036**

Forward 0 mi
Reverse 0 mi
Total 0 mi

Recorder Type: PTC (QES)
QES Wheel Size 40.00"
Serial # 91323D+1

3 days 23 hours 33 minutes and 9 seconds

QES

| Date | Time | Miles | Feet | Speed Dir MPH | Dir Call | Trac Effort Miles | Horn | Bell | EAB BP psi | EAB BC psi | EQT BP psi | EAB BR psi | Hptr Res psi | PCS Open | EIE | CVE | Throttle | H2O Deg F | Ambient Deg F | AB Freight | AB Handle Pass | AB | AESS Enabled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 21 2019 | 19:18:56 | 0 | 0 | 3.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 30 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:55 | 0 | 0 | 3.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 36 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:54 | 0 | 0 | 3.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 36 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:53 | 0 | 0 | 3.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 41 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:52 | 0 | 0 | 4.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 41 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:51 | 0 | 0 | 4.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 46 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:50 | 0 | 0 | 4.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 51 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:49 | 0 | 0 | 4.2 | Fwr | 0 | Off | Off | 0 | 75 | 103 | 55 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:48 | 0 | 0 | 4.2 | Fwr | 0 | Off | Off | 114 | 75 | 103 | 56 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:47 | 0 | 0 | 5.2 | Fwr | 0 | Off | Off | 89 | 70 | 103 | 62 | 125 | Closed | No | Off | 72 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:18:46 | 0 | 0 | 5.2 | Fwr | 0 | Off | Off | 0 | 57 | 103 | 67 | 125 | Closed | No | Off | 72 | 172 | 43 | Yes | No | No | No |
| Jan 21 2019 | 19:18:45 | 0 | 0 | 5.2 | Fwr | 0 | Off | Off | 0 | 43 | 100 | 72 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:44 | 0 | 0 | 6.2 | Fwr | 0 | Off | Off | 29 | 0 | 100 | 77 | 125 | Closed | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:43 | 0 | 0 | 7.2 | Fwr | 0 | Off | Off | 0 | 0 | 100 | 94 | 125 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:42 | 0 | 0 | 7.2 | Fwr | 0 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:41 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:40 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:39 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:38 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:37 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:36 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:35 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:34 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:33 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:32 | 0 | 0 | 7.2 | Fwr | 13 | Off | Off | 89 | 0 | 103 | 89 | 134 | Open | No | Off | 72 | 167 | 41 | Yes | No | No | No |

Exhibit B

**Record Information**
Locomotive: **2036**
Forward 0 mi
Reverse 0 mi
Total 0 mi

Recorder Type PTC (QES)
QES VHead Size 46960
Serial # 913834

Jan 21 2019 19:19:08   |   Playback   |   Scale to Video   |   3 days 23 hours 58 minutes and 9 seconds

*Jan 17 2019 21:03:16

QES

| Date | Time | Miles | Feet | Speed MPH | Dir Cal | Trac Effort Mies | Horn | Bell | EAB BP psi | EAB BC psi | ECT BP psi | EAB ER psi | Main Res psi | PCS Open | EIE | CVE | Throttle | HDU Deg F | Ambient Deg F | AB Freight | AB Handle | AB Pass | AESS Enabled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 21 2019 | 19:19:52 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:51 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:50 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:49 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:48 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:47 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:46 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 0 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:45 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:14 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:13 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:12 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:11 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:10 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 5 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:09 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 10 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:08 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 10 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:07 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 10 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:06 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 15 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:05 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 15 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:04 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 15 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:03 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 20 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:02 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 20 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:01 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 25 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:19:00 | 0 | 0 | 0.0 | Fer | 0 | Off | Off | 0 | 75 | 103 | 25 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:59 | 0 | 0 | 1.2 | Fer | 0 | Off | Off | 0 | 75 | 103 | 25 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:58 | 0 | 0 | 2.3 | Fer | 0 | Off | Off | 0 | 75 | 103 | 30 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:57 | 0 | 0 | 3.2 | Fer | 0 | Off | Off | 0 | 75 | 103 | 30 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |
| Jan 21 2019 | 19:18:56 | 0 | 0 | 3.2 | Fer | 0 | Off | Off | 0 | 75 | 110 | 30 | 125 | Closed | No | Off | 1 | 172 | 41 | Yes | No | No | No |

EX/15.1 8 C

**Jan 21 2019 19.20.05**

Playback  |  Views

*Jan 17 2019 21:03:16   Scale to Video

3 days 22 hours 38 minutes and 9 seconds

**Record Information:**

Locomotive: **2036**

| | |
|---|---|
| Forward | 0 mi |
| Reverse | 0 mi |
| Total | 0 mi |

Recorder Type  PTC (QES)
QES Wheel Size  40.00"
Serial #  933934

QES

| Date | Time | Miles | Feet | Speed MPH | Dir | Cal | Trac Effort | Horn | Bell | EAB BP psi | EAB BC psi | EOT BP psi | EAB ER psi | Ham Res | PCS Open | EIE | CVE | Throttle | H2O Deg F | Ambient Deg F | AB Freight | AB Handle | AB Pass | AESS Enabled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 21 2019 | 19:20:19.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 87 | 87 | 73 | 105 | 88 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:18.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 87 | 87 | 73 | 105 | 88 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:17.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 85 | 85 | 73 | 105 | 88 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:16.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 85 | 85 | 73 | 105 | 88 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:15.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 74 | 74 | 73 | 105 | 68 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:14.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 64 | 64 | 73 | 105 | 57 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:13.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 54 | 54 | 73 | 105 | 43 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:12.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 41 | 41 | 73 | 105 | 43 | 131 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:11.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 30 | 30 | 73 | 105 | 37 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:10.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 18 | 18 | 73 | 105 | 25 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:09.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 9 | 9 | 73 | 105 | 11 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:08.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 73 | 105 | 5 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:07.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 73 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:06.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:05.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:04.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:03.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:02.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:01.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:20:00.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:59.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:58.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 0 | 0 | 78 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:57.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 78 | 78 | 78 | 105 | 0 | 136 | Open | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:56.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 78 | 78 | 79 | 105 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:55.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 79 | 79 | 79 | 255 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:19:54.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 79 | 79 | 79 | 255 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |
| Jan 21 2019 | 19:18:53.0 | 0 | 0 | 0.0 | Fwr | 0 | 0 | Off | Off | 79 | 79 | 79 | 255 | 0 | 136 | Closed | No | Off | 1 | 172 | 42 | Yes | No | No | No |

exhibit # 9

JS Hitt
209967

1. What did you do?

Put a train in emergency to ensure stopping on a banner test
I stopped in compliance with rule 300.4

2. What does the rule say?

~~I don't know~~

Operate at restricted speed

3. What is the gap (a difference, especially an undesirable one, between two views or situations)?

I don't know

4. What could have been the consequences?

Nothing, I stopped within 1/2 the range of vision

5. What is your commitment going forward?

Work by the rules

#10

C S X   T R A N S P O R T A T I O N
DECEMBER 28, 2018

BOYLES TERMINAL   SUB DIVISION BULLETIN   100

TO:        T&E CREWS AND ALL CONCERNED
SUBJECT:   2019 1ST QUARTER DIVISION BULLETIN REISSUE
EFFECTIVE: 0001HRS, JANUARY 1, 2019

*********************************************************************
*                DIVISION SPECIAL INSTRUCTIONS                     *
*********************************************************************

.......................TIMETABLE SECTION.............................
SPECIAL INSTRUCTIONS RELATED TO OPERATING RULES
......................................................................

RULE 502.2 CEDAR STREET CROSSING AND RCZ
EFFECTIVE: 0600HRS, APRIL 9, 2018              DOCUMENT NUMBER:  102

ITEM 1 - 502.2 PERMISSION TO CROSS CEDAR STREET

    502.2.  TO CROSS THE ROAD CROSSING AT CEDAR STREET WHEN THE RCZ IS
            ACTIVATED, EMPLOYEES MUST:

        1.  RECEIVE PERMISSION FROM THE RCOF ON CHANNEL 60,
        2.  THE RCOF WILL INFORM THE YARDMASTER IT IS SAFE TO RAISE
            THE CROSSING GATES,
        3.  THE YARDMASTER WILL RAISE THE CROSSING GATES,
        4.  THE EMPLOYEE WHO CROSSED THE CEDAR STREET CROSSING WILL
            INFORM THE YARDMASTER WHEN CLEAR AND IT IS OK TO LOWER THE
            GATES,
        5.  THE YARDMASTER WILL LOWER THE GATES AND USE THE
            APPROPRIATE YARD CAMERA TO ENSURE THE CROSSING IS CLEAR
            AND GATES ARE FULLY LOWERED,
        6.  THE YARDMASTER WILL INFORM THE RCOF THAT THE CROSSING IS
            CLEAR AND THE GATES ARE FULLY LOWERED, AND
        7.  AFTER RECEIVING CONFIRMATION FROM THE YARDMASTER, THE RCOF
            MAY CONSIDER THE CROSSING INACCESSIBLE.

902.2 ACTIVATING REMOTE CONTROL ZONES   HUMP LEADS
EFFECTIVE: 0100HRS, APRIL 4. 2019            DOCUMENT NUMBER:   101

ITEM 1 - 902.2 ACTIVATING REMOTE CONTROL ZONES - HUMP LEADS

   THE BELOW HAS BEEN TO 902.2 ACTIVATING REMOTE CONTROL ZONES BEFORE THE
   SECTION LABELED TAIL TRACKS

   HUMP LEADS

   WHENEVER A CUT IS TO BE PULLED FROM THE SOUTH END OF THE BOWL THE
   REMOTE OPERATOR MUST ACTIVATE THE PLANT ZONE, HILL ZONE AND EAST HUMP
   LEAD ZONE PRIOR TO BEGINNING MOVEMENT WITHOUT HEAD END PROTECTION.
   THE OPERATOR WILL MAKE SURE THE SWITCHES ARE LINED AND LOCKED WITH
   VERBAL CONFIRMATION FROM THE YARDMASTER ON CH 60. THE MAXIMUM
   ALLOWABLE FOOTAGE TO BE PULLED AT ONE TIME IS 5700 FT.

MODIFICATION OF OPERATING RULE 300.4
EFFECTIVE: 0001HRS, DECEMBER 20, 2017          DOCUMENT NUMBER:   101

ITEM 1 - MODIFICATION OF OPERATING RULE 300.4

   OPERATING RULE 300.4 BULLET POINTS C. AND D. ARE CHANGED AS FOLLOWS.
   ALL OTHER REQUIREMENTS OF 300.4 REMAIN IN EFFECT ON ALL TRACKS.


      1. THE FOLLOWING SPEEDS MUST NOT BE EXCEEDED WHEN OPERATING THROUGH
         THE TYPE OF SWITCH LISTED:

         300.4 BULLET C. TABLE

| TYPE OF SWITCH | SPEED |
| --- | --- |
| POWER OPERATED | 15 MPH |
| HAND OPERATED | 10 MPH |

2. THE FOLLOWING SPEEDS MUST NOT BE EXCEEDED WHEN OPERATING ON THE
TRACK OR PORTION OF TRACK LISTED:

300.4 BULLET D. TABLE

| TRACK/LIMITS | SPEED |
|---|---|
| INBOUND FROM BOWL CROSSING TO MAINLINE | 15 MPH |
| INBOUND UP TO BOWL CROSSING | 20 MPH |
| R01-R08 | 20 MPH |
| R09 | 15 MPH |
| TAIL TRACKS #2 & #3 | 15 MPH |
| D02-D12 | 15 MPH |

TRUCK FUELING ON MAINLINE AT BIRMINGHAM
EFFECTIVE: 0001HRS, DECEMBER 20, 2017          DOCUMENT NUMBER: 100

ITEM 1 - CURRENT ATLANTA DIVISION TIMETABLE ADDITION

| PAGE | ITEM | LOCATION | INSTRUCTION |
|---|---|---|---|
| 58 | 8 | BOYLES TERMINAL SD | MISCELLANEOUS |

PRINTED BY CREW DIV AT   SUB:BU   TYPE:GB   DOCNUM:100        PAGE:003 OF 005

ITEM 2 - TRUCK FUELING ON MAINLINE AT BIRMINGHAM

B.  MISCELLANEOUS

000 389.0, BOYLES TERMINAL - TRUCK FUELING ON MAINLINE AT BIRMINGHAM

WHENEVER A TRAIN IS TO BE FUELED ON ANY MAIN TRACK IN BIRMINGHAM
TERMINAL, THE TRAIN MUST BE PROTECTED THROUGH THE AB DISPATCHER. THIS
PROTECTION WILL BE IN THE FORM OF THE DISPATCHER PROVIDING BLOCKING
TO THE SECTION OF TRACK WHERE THE TRAIN IS LOCATED.

THE FOLLOWING PROCEDURE WILL BE USED TO ENSURE PROTECTION:

1.  THE AB DISPATCHER WILL CONTACT THE FUEL TRUCK ON CHANNEL 84 OR AT
    THE FOLLOWING NUMBERS 205-704-7126 / 205-704-7516.

2.  WHEN THE FUEL TRUCK OPERATOR ARRIVES AT THE DESIGNATED LOCATION
    AND TRAIN THEY WILL CONTACT THE AB DISPATCHER ON CHANNEL 84 OR
    AT 404-720-2551. THIS IS TO MAKE SURE THAT THE PROPER PROTECTION
    HAS BEEN APPLIED, AND THEY HAVE PERMISSION TO FOUL THE MAIN TRACK
    AND START FUELING.

3.  FUEL TRUCK OPERATOR MUST REPORT CLEAR TO THE AB DISPATCHER WHEN
    FINISHED FUELING AND IS CLEAR OF THE  MAIN TRACK ON CHANNEL 84
    OR AT 404-720-2551.

4.  THE AB DISPATCHER WILL REMOVE BLOCKING ONLY AFTER FUEL TRUCK
    OPERATOR HAS REPORTED CLEAR OF THE MAIN TRACKS.

5.  APPROVED FUELING LOCATIONS: FIREPLUG (NORTH AND SOUTH BOUNDS),
    MARY LEE (SOUTH BOUNDS), ALICE YARD (NORTH AND SOUTH BOUNDS).
    UNABLE TO FUEL AT AX, FY OR FIVE MILE  (NORTH OR SOUTHBOUND).

.........................TIMETABLE SECTION.............................
SPECIAL INSTRUCTIONS RELATED TO COMPANY POLICIES AND PROCEDURES
.......................................................................

DISPATCHING OFFICE CONTACT INFORMATION
EFFECTIVE: 0900HRS, FEBRUARY 1, 2018            DOCUMENT NUMBER:   102

ITEM 1 - DISPATCHING OFFICE CONTACT INFORMATION

CONTACT INFORMATION FOR TRAIN DISPATCHING

    TRAIN DISPATCHING OPERATIONS
    3019 WARRINGTON STREET
    JACKSONVILLE, FL 32254

CHIEF TRAIN DISPATCHER/ASSISTANT CHIEF TRAIN DISPATCHER
388-2756 (RNX)
388-2757 (RNX)
(904) 381-2756 (BELL)
(904) 381-2757 (BELL)

BOYLES TERMINAL:

AB DISPATCHER
388-2708 (RNX)
388-2709 (RNX)
(904) 381-2708 (BELL)
(904) 381-2709 (BELL)
(800) 445-5566

..................................TIMETABLE SECTION.................................
MISCELLANEOUS SPECIAL INSTRUCTIONS
...................................................................................

BOWL TRACKS
EFFECTIVE: 0001HRS, OCTOBER 3, 2018                    DOCUMENT NUMBER:   101

ITEM 1 - MISCELLANEOUS

   THE BOWL TRACKS AND HUMP LEADS IN BOYLES TERMINAL (000389) HAVE BEEN
   REMOVED FROM SERVICE AND MADE INACCESSIBLE.

---------------------------------------------------------------------------------
TRACK PROTECTION
EFFECTIVE: 2000HRS, JANUARY 15, 2018                   DOCUMENT NUMBER:   101

ITEM 1 - MISCELLANEOUS

   TRACK PROTECTION WITHIN BOYLES TERMINAL MUST BE DONE BY CONTACTING THE
   YARDMASTER VIA RADIO. PHONE CALLS WILL NO LONGER BE AN EXCEPTED FORM
   OF COMMUNICATION WHEN IT COMES TO TRACK PROTECTION.  YARDMASTERS WILL
   NOTE ANY TEMPORARY DERAIL USED FOR TRACK PROTECTION IN THE TERMINAL ON
   THEIR TURNOVER.


ISSUED BY DIVISION MANAGER HQ